**PLATZER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP**
475 Park Avenue South - 18th Floor
New York, New York 10016
Telephone: (212) 593-3000
Facsimile: (212) 593-0353
Scott K. Levine, Esq.
Teresa Sadutto-Carley, Esq.
tsadutto@platzerlaw.com
Attorneys for Ultimate Diamond

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:

**The D&M Capital Group, LLC,**

Debtor.
-------------------------------------------------------x

Chapter 11

Case No.: 19-11711 (SCC)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for Ultimate Jewelry Designs, LLC and Shanghai Pearls & Gems, Inc. dba Ultimate Diamond Co. ("Ultimate Diamond") and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

>Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP
>Counsel for Ultimate Diamond
>475 Park Avenue South, 18th Floor
>New York, New York 10016
>Attn:  Scott K. Levine, Esq.
>         Teresa Sadutto-Carley, Esq.
>Telephone: 212-593-3000
>Facsimile: 212-593-0353
>slevine@platzerlaw.com
>tsadutto@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of Ultimate Diamond, with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated:  July 18, 2019

**Platzer, Swergold, Levine,
Goldberg, Katz & Jaslow, LLP**
*Attorneys for Ultimate Diamond*


By:  /s/ Teresa Sadutto-Carley
　　　Teresa Sadutto-Carley, Esq.
　　　475 Park Avenue South, 18th Fl
　　　New York, New York 10016
　　　(212) 593-3000
　　　tsadutto@platzerlaw.com