**EXHIBIT C**

# D & M Capital Group, LLC

**Memo #  5276**  
**Date: 3/28/2019**

**On Memo To:**  
ESSEX GLOBAL TRADING  
580 Fifth Avenue  21st Floor  
NEW YORK  NY  10036

**Ship To:**  
ESSEX GLOBAL TRADING  
580 Fifth Avenue  21st Floor  
NEW YORK  NY  10036

**Memo #  5276**    **Date: 3/28/2019**

| Item # | Qty | Ct | Description | Price/Ct | Amount |
|---|---|---|---|---|---|
| JR0306 | 1009 | 10.8 | PLATINUM RING WITH RUBY 7.02CT SURROUNDED BY 8 OV 3.43CT WITH MICRO PAVE ON SHANK .35CT | | 2,500,000.00 |

**Total Items  1**    **Memo Total    $2,500,000.00**

The merchandise described above is delivered to you on memorandum, at your risk from all hazards, regardless of the cause for the loss or damage, only for examination and inspection, upon express condition that all such merchandise shall remain the property of D&M Capital Group, LLC and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible therefor, and in the event of damage or loss for whatever reason, whether caused by you or another, whether or not under your control, you will indemnify us immediately by payment of the amount in the column Amount (US$) above which represents the extent of the actual loss and is not intended to constitute a price of the sale of the merchandise. You acquire no right of authority to sell, pledge, hypothecate, or otherwise dispose of this merchandise, or any part thereof by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received a separate invoice. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary customs of the trade. You consent to the personal jurisdiction of the Federal or State Court in the City and State of New York in any lawsuit arising out of this consignment or any sale resulting therefrom. Any such lawsuits between us may only be brought in one of such courts.  Each of us consents to service of process by certified mail, return receipt requested.

Recipient Signature _____ Date  MARCH 28/19

Page 1  of  1

630 Fifth Avenue, Suite 2602  New York  NY  10111  Tel 212-688-3088    Fax 212-688-3106  
www.vividcollection.com