UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re The D&M Capital Group LLC
_____
Debtor

Case No. 19-11711
Reporting Period: December 1 - December 31, 2019

Federal Tax I.D. # 20-4285928

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end
of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | N/A |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | N/A |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____      Date _____

Signature of Authorized Individual* _____      Date 1-24-2020

Printed Name of Authorized Individual MOTY SPECTOR      Date 1-24-2020

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | |
| --- | --- | --- | --- | --- | --- |
| | OPER A/C 2809 | PAYROLL A/C 2817 | TAX | OTHER A/C2825 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 12,445 | 1,522 | - | 221,065 | 235,032 |
| RECEIPTS | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | 31,485 | 31,485 |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER (ATTACH LIST) | 711 | | | | 711 |
| TRANSFERS (FROM DIP ACCTS) | 165,000 | 101,000 | | | 266,000 |
| TOTAL RECEIPTS | 165,711 | 101,000 | - | 31,485 | 298,196 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | 70,047 | | | 70,047 |
| PAYROLL TAXES | | 6,958 | | | 6,958 |
| SALES, USE, & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | | | | | - |
| INSURANCE | 5,312 | | | | 5,312 |
| ADMINISTRATIVE | 6,263 | 177 | | | 6,440 |
| SELLING | | | | | - |
| OTHER (ATTACH LIST) | 2,278 | | | | 2,278 |
| OWNER DRAW * | | | | | - |
| TRANSFERS (TO DIP ACCTS) | 14,000 | | | 252,000 | 266,000 |
| PROFESSIONAL FEES | 150,000 | | | | 150,000 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| TOTAL DISBURSEMENTS | 177,853 | 77,181 | - | 252,000 | 507,034 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (12,142) | 23,819 | - | (220,515) | (208,838) |
| CASH – END OF MONTH | 303 | 25,341 | - | 550 | 26,194 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 507,034 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (266,000) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 241,034 |

**Schedule of other cash receipts**

<u>**Operating account**</u>

| | |
|---|---:|
| Refund from Amazon | 445 |
| Refund from Manhattan Storage | 266 |

<u>**Schedule of other cash disbursements**</u>

| | |
|---|---:|
| Reimbursable insurance payments for related party | 1,139 |
| Reimbursable insurance payment for third party | 1,139 |

## Schedule of Cash disbursements

**SIGNATURE BANK PAYROLL DIP**

| | |
|---|---:|
| 12/02/2019 MOTY SPECTOR - SALARY | 30,000.00 |
| 12/05/2019 PAYCHEX - SALARY | 7,523.32 |
| 12/05/2019 PAYCHEX - PAYROLL TAXES | 3,478.80 |
| 12/10/2019 PAYCHEX | 177.26 |
| 12/12/2019 MOTY SPECTOR - SALARY | 25,000.00 |
| 12/19/2019 PAYCHEX - SALARY | 7,523.31 |
| 12/19/2019 PAYCHEX -PAYROLL TAXES | 3,478.81 |
| **SIGNATURE BANK PAYROLL DIP** | **77,181.50** |

**SIGNATURE BANK - DIP OPERATING**

| | |
|---|---:|
| 12/02/2019 MANHATTAN MNI STORAGE | 336.00 |
| 12/02/2019 telebroad | 231.16 |
| 12/02/2019 VERIZON | 415.81 |
| 12/05/2019 TRANSFER - DIP | 11,000.00 |
| 12/13/2019 CAPITAL ONE -2341 | 265.54 |
| 12/13/2019 BARCLAYS | 425.39 |
| 12/13/2019 OXFORD HEALTH PLANS | 7,288.44 |
| 12/13/2019 AETNA | 301.70 |
| 12/13/2019 TROUTMAN SANDERS | 125,000.00 |
| 12/19/2019 MANHATTAN MNI STORAGE | 336.00 |
| 12/20/2019 TROUTMAN SANDERS | 25,000.00 |
| 12/23/2019 IT TEC SOLUCTIONS INC | 4,200.00 |
| 12/23/2019 READYREFRESH | 36.18 |
| 12/26/2019 BANK CHARGE | 16.59 |
| 12/30/2019 TRANSFER - DIP | 3,000.00 |
| **SIGNATURE BANK - DIP OPERATING** | **177,852.81** |

**SIGNATURE BANK RESERVE DIP**

| | |
|---|---:|
| 12/02/2019 TRANSFER - DIP | 30,000.00 |
| 12/12/2019 TRANSFER - DIP | 25,000.00 |
| 12/13/2019 TRANSFER - DIP | 10,000.00 |
| 12/16/2019 TRANSFER - DIP | 125,000.00 |
| 12/19/2019 TRANSFER - DIP | 12,000.00 |
| 12/20/2019 TRANSFER - DIP | 30,000.00 |
| 12/30/2019 TRANSFER - DIP | 20,000.00 |
| **SIGNATURE BANK RESERVE DIP** | **252,000.00** |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating #2809 | Payroll #2817 | Tax | Other #2825 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 303 | 25,341 | | 550 |
| | | | | |
| BANK BALANCE | 303 | 25,341 | | 550 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | 303 | 25,341 | - | 550 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total Outstanding checks**          -

**OTHER**

_Signature_ | SIGNATURE BANK

THE D & M CAPITAL GROUP, LLC
DEBTOR IN POSSESSION
CASE # 19 11711
592 FIFTH AVE 5TH FLOOR
NEW YORK NY 10036      999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account:  ▇2809      3

BANKRUPTCY CHECKING          ▇2809

## Summary

| | |
|---|---:|
| Previous Balance as of December 01, 2019 | 14,270.06 |
| 5 Credits | 165,711.18 |
| 17 Debits | 179,677.81 |
| Ending Balance as of   December 31, 2019 | 303.43 |

### Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Dec 03 DEPOSIT          ref# | | | |
| Dec 05 ACH DEPOSIT | ck/ref no. | 4206907 | 266.00 |
| AMAZON MARKETPLA     ADJUSTMENT | 99090814 | | 445.18 |
| 002 0000000000044518904016352 | | | |
| Dec 13 ONLINE TRANSFER CR | | | |
| ONLINE XFER FROM: XXXXXX2825 | | | 10,000.00 |
| Dec 16 ONLINE TRANSFER CR | | | |
| ONLINE XFER FROM: XXXXXX2825 | | | 125,000.00 |
| Dec 20 ONLINE TRANSFER CR | | | |
| ONLINE XFER FROM: XXXXXX2825 | | | 30,000.00 |

### Withdrawals and Other Debits

| | | | |
|---|---|---|---:|
| Dec 03 AUTOMATED PAYMENT | ck/ref no. | 3955982 | |
| TELEBROAD          SIGONFILE | JZ31LC | | 231.16 |
| Dec 03 AUTOMATED PAYMENT | ck/ref no. | 3902145 | |
| VERIZON          VZ BILLPAY | | | 415.81 |
| Dec 04 AUTOMATED PAYMENT | ck/ref no. | 4053416 | |
| MINI STORAGE 417    2122457337 | | | 336.00 |
| Dec 05 ONLINE TRANSFER DR | | | |
| ONLINE XFER TO: XXXXXX2817 | | | 11,000.00 |
| Dec 16 OUTGOING WIRE | | | |
| REF# 20191216B6B7261F000771 | | | 125,000.00 |
| TO:   TROUTMAN SANDERS LLP          ABA: | | | |
| BANK: WELLS FARGO BANK, NA          ACCT# | | | |
| OBI:  D AND M CAPITAL GROUP REFERENCE ATTORNEY A CASSIRER | | | |

_Signature_ | SIGNATURE BANK

Statement Period
From December 01, 2019
To December 31, 2019
Page 3 of 5

THE D & M CAPITAL GROUP, LLC
DEBTOR IN POSSESSION
CASE # 19 11711
592 FIFTH AVE 5TH FLOOR
NEW YORK NY 10036          999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account: ▮▮▮809      3

| Date | Description | | |
|---|---|---|---|
| OBI: | | | |
| OBI: | | | |
| Dec 16 | AUTOMATED PAYMENT | ck/r▮ ▮▮▮▮▮4 | 265.54 |
| | CAPITAL ONE      ONLINE PMT | | |
| Dec 16 | AUTOMATED PAYMENT | ck/ref no.   5338431 | 301.70 |
| | AETNA          SGR | | |
| | 0800649621001B8025093000000037922934 | | |
| Dec 16 | AUTOMATED PAYMENT | ck/ref no.   5330603 | 425.39 |
| | BARCLAYCARD US    CREDITCARD | | |
| Dec 16 | AUTOMATED PAYMENT | ck/ref no.   5366388 | 7,288.44 |
| | OXFORD HEALTH 2   EBPP PMT   OXFORD | | |
| Dec 20 | OUTGOING WIRE | | 25,000.00 |
| | REF#  20191220B6B7261F001885 | | |
| | TO:  TROUTMAN SANDERS LLP          ABA: ▮▮▮▮ | | |
| | BANK: WELLS FARGO BANK, NA         ACCT# | | |
| | OBI:  REFERENCE ATTORNEY A CASSIRER B GOLDMAN | | |
| | OBI: | | |
| | OBI: | | |
| Dec 23 | AUTOMATED PAYMENT | ck/ref no.   5935663 | 36.18 |
| | READYREFRESH      ECHECKPAY | | |
| Dec 23 | AUTOMATED PAYMENT | ck/ref no.   6008780 | 336.00 |
| | MINI STORAGE 417   2122457337 | | |
| Dec 26 | ANALYSIS FEE | | 16.59 |
| | ONLINE TRANSFER DR | | 3,000.00 |
| Dec 30 | ONLINE XFR TO: XXXXXX2817 | | |

Checks by Serial Number

| Dec 05 | 1019 | 1,500.00 | Dec 27 | 1022 | 4,200.00 |
|---|---|---|---|---|---|
| Dec 03 | 1021 * | 325.00 | | | |

* Indicates break in check sequence

# SIGNATURE BANK

THE D & M CAPITAL GROUP, LLC DIP
DEBTOR IN POSSESSION CASE # 19 11711
(RESERVE ACCOUNT)
592 FIFTH AVE 5TH FLOOR
NEW YORK NY 10036          999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account: ███825          0

BANKRUPTCY CHECKING          ███825

## Summary

| | |
|---|---|
| Previous Balance as of December 01, 2019 | 221,064.50 |
| 2 Credits | 31,485.00 |
| 7 Debits | 252,000.00 |
| Ending Balance as of December 31, 2019 | 549.50 |

## Deposits and Other Credits

| | | |
|---|---|---|
| Dec 19 | DEPOSIT          ref# | 1,500.00 |
| Dec 20 | INCOMING WIRE | 29,985.00 |
| REF# 20191220B6B7261F00031412200746FT01 | | |
| FROM: GEMCUT SA          ABA: ████ | | |
| BANK: CREDIT SUISSE (SWITZERLAND) LTD | | |

## Withdrawals and Other Debits

| | | |
|---|---|---|
| Dec 02 | ONLINE TRANSFER DR | 30,000.00 |
| ONLINE XFR TO: XXXXXX2817 | | |
| Dec 12 | ONLINE TRANSFER DR | 25,000.00 |
| ONLINE XFR TO: XXXXXX2817 | | |
| Dec 13 | ONLINE TRANSFER DR | 10,000.00 |
| ONLINE XFR TO: XXXXXX2809 | | |
| Dec 16 | ONLINE TRANSFER DR | 125,000.00 |
| ONLINE XFR TO: XXXXXX2809 | | |
| Dec 19 | ONLINE TRANSFER DR | 12,000.00 |
| ONLINE XFR TO: XXXXXX2817 | | |
| Dec 20 | ONLINE TRANSFER DR | 30,000.00 |
| ONLINE XFR TO: XXXXXX2809 | | |
| Dec 30 | ONLINE TRANSFER DR | 20,000.00 |
| ONLINE XFR TO: XXXXXX2817 | | |



Signature | SIGNATURE BANK

THE D & M CAPITAL GROUP, LLC DIP
(DEBTOR IN POSSESSION CASE # 19 11711)
PAYROLL ACCOUNT
592 FIFTH AVE 5TH FLOOR
NEW YORK NY 10036          999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account:  2817          0

BANKRUPTCY CHECKING          2817

Summary

| | |
|---|---:|
| Previous Balance as of December 01, 2019 | 1,522.14 |
| 6 Credits | 101,000.00 |
| 7 Debits | 77,181.50 |
| Ending Balance as of December 31, 2019 | 25,340.64 |

Deposits and Other Credits

| | |
|---|---:|
| Dec 02 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2825 | 30,000.00 |
| Dec 05 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2809 | 11,000.00 |
| Dec 12 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2825 | 25,000.00 |
| Dec 19 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2825 | 12,000.00 |
| Dec 30 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2809 | 3,000.00 |
| Dec 30 ONLINE TRANSFER CR | |
| ONLINE XFR FROM: XXXXXX2825 | 20,000.00 |

Withdrawals and Other Debits

| | |
|---|---:|
| Dec 02 OUTGOING WIRE | |
| REF# 20191202B6B7261F002039 | 30,000.00 |
| TO: MOTY SPECTOR          ABA: | |
| BANK: WELLS FARGO BANK, NA          ACCT# | |
| Dec 06 AUTOMATED PAYMENT          ck/ref no.    4387126 | |
| PAYCHEX TPS          TAXES          8484080002152X | 3,478.80 |
| Dec 06 AUTOMATED PAYMENT          ck/ref no.    4370920 | |
| PAYCHEX-RCK          PAYROLL          84839700000112X | 7,523.32 |
| Dec 10 AUTOMATED PAYMENT          ck/ref no.    4570147 | |
| PAYCHEX EIB          INVOICE          X8463570001062 | 177.26 |
| Dec 12 OUTGOING WIRE | 25,000.00 |



# *Signature* | SIGNATURE BANK

**Statement Period**
From December 01, 2019
To   December 31, 2019
Page 3 of 3

THE D & M CAPITAL GROUP, LLC DIP
(DEBTOR IN POSSESSION CASE # 19 11711)
PAYROLL ACCOUNT
592 FIFTH AVE 5TH FLOOR
NEW YORK NY  10036          999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account: ███ 2817          0

| Date | Description | | |
|---|---|---|---|
| REF# 20191212B6B7261F001805 | | | |
| TO:  moty spector | ABA: ███ | | |
| BANK: WELLS FARGO BANK, NA | ACCT# ███ | | |
| Dec 19  AUTOMATED PAYMENT | ck/ref no.   5697831 | | |
| PAYCHEX - RCX        PAYROLL | 85034200001588X | | 7,523.31 |
| Dec 20  AUTOMATED PAYMENT | ck/ref no.   5735450 | | |
| PAYCHEX TPS          TAXES | 85037100008453X | | 3,478.81 |

**Daily Balances**

| | | | | |
|---|---|---|---|---|
| Nov 30 | 1,522.14 | | | |
| Dec 05 | 12,522.14 | Dec 19 | 5,819.45 | |
| Dec 06 | 1,520.02 | Dec 20 | 2,340.64 | |
| Dec 10 | 1,342.76 | Dec 30 | 25,340.64 | |

00000138.002276 0002-0002 D26B9SES0101201160(03.001 L 00007/44

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | | CUMULATIVE -FILING TO DATE |
|---|---|---|---|
| Gross Revenues | 37,643 | | 635,686 |
| Less: Returns and Allowances | | | |
| Net Revenue | 37,643 | | 635,686 |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | 5,253,849 | | 5,874,738 |
| Add: Purchases | | | 64,109 |
| Add: Cost of Labor | | | |
| Add: Other Costs (attach schedule) | | | |
| Less: Ending Inventory | (5,185,876) | | (5,185,876) |
| Cost of Goods Sold | 67,973 | | 752,971 |
| Gross Profit | (30,330) | | (117,285) |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | | | |
| Officer/Insider Compensation* | 55,000 | (a) | 192,500 |
| Insurance | 8,197 | | 53,160 |
| Management Fees/Bonuses | | | |
| Office Expense | 4,620 | | 45,579 |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | | | |
| Rent and Lease Expense | 12,323 | | 78,005 |
| Salaries/Commissions/Fees | 21,154 | | 157,516 |
| Supplies | | | |
| Taxes - Payroll | 855 | | 10,838 |
| Taxes - Real Estate | | | |
| Taxes - Other | | | |
| Travel and Entertainment | | | 4,072 |
| Utilities | 665 | | 4,660 |
| Other (attach schedule) | | | 2,600 |
| Total Operating Expenses Before Depreciation | 102,814 | | 548,930 |
| Depreciation/Depletion/Amortization | 150 | | 1,050 |
| Net Profit (Loss) Before Other Income & Expenses | (133,294) | | (667,265) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | | | |
| Interest Expense | | | |
| Other Expense (attach schedule) | | | |
| Net Profit (Loss) Before Reorganization Items | (133,294) | | (667,265) |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | 277,500 | | 277,500 |
| U. S. Trustee Quarterly Fees | | | 2,275 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | |
| Gain (Loss) from Sale of Equipment | | | |
| Other Reorganization Expenses | | | 260 |
| Total Reorganization Expenses | | | |
| Income Taxes | | | |
| Net Profit (Loss) | (410,794) | | (947,300) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| PROFESSIONAL FEE - PROFIT SHARING ADMINISTRATION | | 2,600 |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.
(a) Includes salary of $55,000 to the President for the month of December.

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liability must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | 26,194 | | 235,032 | 1,486 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | |
| Accounts Receivable (Net) | 8,041,707 | (a) | 8,035,564 | 8,035,564 |
| Notes Receivable | | | | |
| Inventories | 5,185,876 | | 5,253,850 | 5,874,738 |
| Prepaid Expenses | 4,781 | | 8,554 | 11,440 |
| Professional Retainers | | | 127,500 | |
| Other Current Assets *(attach schedule)* | 35,566 | | 34,427 | 29,886 |
| TOTAL CURRENT ASSETS | 13,294,124 | | 13,694,927 | 13,953,114 |
| **PROPERTY & EQUIPMENT** | | | | |
| Real Property and Improvements | | | | |
| Machinery and Equipment | | | | |
| Furniture, Fixtures and Office Equipment | 181,275 | | 181,275 | 181,275 |
| Leasehold Improvements | 58,672 | | 58,672 | 58,672 |
| Vehicles | | | | |
| Less: Accumulated Depreciation | (189,451) | | (189,151) | (188,401) |
| TOTAL PROPERTY & EQUIPMENT | 50,496 | | 50,646 | 51,546 |
| **OTHER ASSETS** | | | | |
| Amounts due from Insiders* | 42,806 | | 41,667 | 37,635 |
| Other Assets *(attach schedule)* | 28,959 | | 28,959 | 28,959 |
| TOTAL OTHER ASSETS | 71,765 | | 70,626 | 66,594 |
| TOTAL ASSETS | 13,416,385 | | 13,816,199 | 14,071,254 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | |
| Accounts Payable | 51,959 | | 40,979 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | | |
| Wages Payable | | | | |
| Notes Payable | | | | |
| Rent / Leases - Building/Equipment | | | | |
| Secured Debt / Adequate Protection Payments | | | | |
| Professional Fees | | | | |
| Amounts Due to Insiders* | | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | |
| TOTAL POST-PETITION LIABILITIES | 51,959 | | 40,979 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | |
| Secured Debt | | | | |
| Priority Debt | | | | |
| Unsecured Debt | 17,503,481 | (b) | 17,503,481 | 17,600,944 |
| Amounts Due to Participants | 5,000,000 | See (a) | 5,000,000 | 5,000,000 |
| Amounts Due to Insiders* | 264,892 | | 264,892 | 264,892 |
| Wages and Payroll Taxes Payable | 11,386 | | 11,386 | 12,525 |
| TOTAL PRE-PETITION LIABILITIES | 22,779,759 | | 22,779,759 | 22,878,361 |
| TOTAL LIABILITIES | 22,831,718 | | 22,820,738 | 22,878,361 |
| **OWNERS' EQUITY** | | | | |
| Capital Stock | | | | |
| Additional Paid-In Capital | | | | |
| Partners' Capital Account | | | | |
| Owner's Equity Account | (8,807,107) | | (8,807,107) | (8,807,107) |
| Retained Earnings - Pre-Petition | | | | |
| Retained Earnings - Post-petition | (947,300) | | (536,506) | |
| Owner draw | | | | |
| Post-petition Contributions *(attach schedule)* | 339,074 | (c) | 339,074 | |
| NET OWNERS' EQUITY | (9,415,333) | | (9,004,539) | (8,807,107) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 13,416,385 | | 13,816,199 | 14,071,254 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

(0)

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **Other Current Assets** | | | | |
| Miscellaneous receivables | 35,566 | | | 29,886 |
| **Other Assets** | | | | |
| Real Security Deposit | 28,959 | | | 28,959 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **Other Post-petition Liabilities** | | | | |
| | | | | |
| **Adjustments to Owner's Equity** | | | | |
| | | | | |
| **Post-Petition Contributions** | | | | |
| (c ) | 232,822 | | | |
| Cash transfers into bank accounts | 106,252 | | | |
| Total | 339,074 | | | |

(a) Approximately $5,000,000 of this amount is due to participants as noted below. There is a pending dispute over an invoice to Essex Global Trading LLC in the amount of $7,500,000.

(b) Consists of cumulative payments in the amount of $97,463 made directly by the sole member as a deemed capital contribution in order to pay certain obligations of the debtor.

(c) Consists of $127,500 legal retainer, $97,463 as referenced in (b), and $7,859 of payments on post-petition liabilities made directly by the sole member as a deemed capital contribution.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | 3,962 | 3,962 | 12/6 and 12/20 | EFT | - |
| FICA-Employee | | 856 | 856 | 12/6 and 12/20 | EFT | - |
| FICA-Employer | - | 856 | 856 | 12/6 and 12/20 | EFT | - |
| Unemployment | | | | | | - |
| Income | | | | | | - |
| Other: | | | | | | - |
| Total Federal Taxes | - | 5,674 | 5,674 | | - | - |
| State and Local | | | | | | |
| Withholding | | 1,284 | 1,284 | 12/6 and 12/20 | EFT | - |
| Sales | | | | | | - |
| Excise | | | | | | - |
| Unemployment | | | | | | - |
| Real Property | | | | | | - |
| Personal Property | | | | | | - |
| Other: | | | | | | - |
| Total State and Local | - | 1,284 | 1,284 | | - | - |
| | | | | | | |
| Total Taxes | - | 6,958 | 6,958 | - | - | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | - | 13,864 | 13,773 | 15,469 | 8,854 | 51,959 |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | |
| Total Post-petition Debts | - | 13,864 | 13,773 | 15,469 | 8,854 | 51,959 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**



Department of Taxation and Finance

**Quarterly Recap for Monthly Filers ST-810**

12/19 VT

New York State and Local
Sales and Use Tax Web Filed Return

**Filing period**
09/01/2019 - 11/30/2019

| Sales tax identification number ▶ | ███████ |
|---|---|

Legal name
THE D & M CAPITAL GROUP, LLC
Mailing address
592 5TH AVE FL 5
NEW YORK,NY 10036-4707
US

**Due date:**
12/20/2019
You will be responsible for penalty and interest if
your return is not submitted by this date.

## Business information changes

Final return ☐   Amended return ☐

Has your responsible persons information changed? .................................................................................................. Yes ☐ No ☑

Has your business address or phone number(s) changed? ......................................................................... Yes ☐ No ☑

Is the income from this business being reported "under" the identification number shown above? .............. Yes ☑ No ☐

Enter the ID number of the entity reporting the income: [            ]

## Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) ................................................... | 598,043.00 |
| Total non-taxables sales ........................................................................................................... | 598,043.00 |
| Taxable sales facilitated for marketplace sellers .......................................................................... | 0.00 |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |

03012 (12/17)  Page 1 of 3

COPY YOUR RECORDS ONLY   DO NOT MAIL

Sales tax
ID number ▉▉▉▉▉▉

**Quarterly Recap for Monthly Filers ST-810**

## Sales and use taxes by jurisdiction

Do you have anything to report on this form for this period? ........................................................................................................... Yes ☐ No ☑

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | Total tax due from main form and schedules:* | | | | 0.00 |

\* Total tax due includes any over-collected amounts.

Sales tax
ID number ▮▮▮▮▮▮

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | 0.00 |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................................................................... | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ........................................................................................... | |
| Total tax due: | 0.00 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ...................................................................................................................................... | 0.00 |
| Additional payments not shown above ........................................................................................................ | 0.00 |
| Overpayment being carried forward from a prior period ............................................................................. | 0.00 |
| Total advance payments: | 0.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest .................................................................................................... | 0.00 |
| Total amount due: | 0.00 |

## Transaction details

| Confirmation number<br>SW1907636302 | Transaction date/time<br>12/17/2019 10:37PM |
|---|---|
| Tax professional ID | Tax professional name |
| Submitter phone<br>(212)688-3088 | Submitter e-mail<br>moty@vividcollection.com |
| Submitted by<br>raphaela colandrea | |

FOR YOUR RECORDS ONLY DO NOT MAIL

Case No. 19-11711

Reporting Period: December 1 - December 31, 2019

## Accounts Payable Aging

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| CAPITAL ONE | | 91.05 | | | | 91.05 |
| INTEGRATED PENSION | 0.00 | 0.00 | 0.00 | 2,600.00 | 0.00 | 2,600.00 |
| IT TEC SOLUCTIONS INC | 0.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 | 4,200.00 |
| MALCA AMIT USA LLC | 0.00 | 0.00 | 0.00 | 0.00 | 186.75 | 186.75 |
| SNJ Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 8,667.25 | 8,667.25 |
| ULTIMATE DIAMOND CO | 0.00 | 11,672.54 | 11,672.54 | 12,869.26 | 0.00 | 36,214.34 |
| TOTAL | 0.00 | 13,863.59 | 13,772.54 | 15,469.26 | 8,854.00 | 51,959.39 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 8,035,564 |
| Plus: Amounts billed during the period | 37,643 |
| Less: Amounts collected during the period | 31,500 |
| Total Accounts Receivable at the end of the reporting period | 8,104,707 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 6,143 | | | | 6,143 |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | 8,035,564 | 8,035,564 |
| Total Accounts Receivable | 8,041,707 | | | | 8,041,707 |
| Less: Bad Debts (Amount considered uncollectible) | - | | | | |
| Net Accounts Receivable | 8,041,707 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | | | | - |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | - | - | - | - | - |
| Total Accounts Payable | 13,864 | 13,773 | 15,469 | 8,854 | 51,959 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| MOTY SPECTOR | SALARY | 55,000 | 192,500 |
| JONATHAN SPECTOR | INSURANCE | 1,139 | 5,679 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| TROUTMAN SANDERS LLP | 12/12/2019 | 250,000 | 250,000 | 250,000 | 212,799 |
| RATTET PLLC | 12/12/2019 | 27,500 | 27,500 | 27,500 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | 277,500 | 277,500 | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | X | |
| 8 Are any post petition payroll taxes past due? | | |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | X(A) | |
| 14 Are any wage payments past due? | | |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

(a)    Past due post petition payables are expected to be paid in January 2020.