UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
In re:                                   :
                                         :   Chapter 11
THE D&M CAPITAL GROUP, LLC               :
                                         :   CASE NO. 19-11711 (SCC)
                Debtor.                  :
                                         :   **NOTICE OF CHANGE OF FIRM NAME**
                                         :
---------------------------------------- X

TO:    THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective July 1, 2020, Troutman Sanders LLP, counsel of record for The D&M Capital Group LLC, has changed its name to Troutman Pepper Hamilton Sanders LLP (Troutman Pepper).

PLEASE TAKE FURTHER NOTICE that the street address, e-mail address(es), telephone number(s) and facsimile number(s) affiliated with the undersigned counsel will remain the same.

Dated: New York, New York.          Respectfully submitted,
       July 17, 2020

                                    By:/s/ *Alissa K. Piccione*
                                    _____
                                        Aurora Cassirer
                                        Brett D. Goodman
                                        Alissa K. Piccione
                                        Troutman Pepper Hamilton Sanders LLP
                                        875 Third Avenue
                                        New York, NY 10022
                                        (212) 704-6000
                                        aurora.cassirer@troutman.coms
                                        brett.goodman@troutman.com
                                        alissa.piccione@troutman.com

                                        *Attorneys for The D&M Capital Group LLC*