# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 8/12/2020 |
| Case: 19−11711−scc | Form ID: 309C | Total: 75 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Olga Misimiskaya
intp        RADWAN DIAMOND & JEWELLERY TRADING
unk         Clerks Office of the U.S. Bankruptcy Court
                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          The D&M Capital Group, LLC      592 Fifth Avenue      Fifth Floor      New York, NY 10036
ust         United States Trustee      Office of the United States Trustee      U.S. Federal Office Building      201 Varick Street, Room 1006      New York, NY 10014
cr          ESSEX GLOBAL TRADING, LLC      580 Fifth Avenue      21st Floor      New York, NY 100366666
cr          Ultimate Jewelry Designs, LLC and Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamonds      c/o Platzer, Swergold et al      475 Park Avenue South      18th Floor      New York, NY 10016
intp        Moty Spector      C/O Medina Law Firm LLC      641 Lexington Avenue      13th Floor      New York, NY 10022
unk         Rattet PLLC      Rattet PLLC      202 Mamaroneck Avenue      Suite 300      White Plains, NY 10601
tr          Alan Nisselson      Windels Marx Lane & Mittendorf, LLP      156 West 56th Street      New York, NY 10019
aty         Alissa K. Piccione      Troutman Pepper Hamilton Sanders LLP      875 Third Avenue      10022      New York, NY 10022
aty         Aurora Cassirer      Troutman Pepper Hamilton Sanders LLP      875 Third Avenue      New York, NY 10022
aty         Brett D. Goodman      Troutman Pepper Hamilton Sanders LLP      875 Third Avenue      New York, NY 10022
aty         Eric S. Medina, Esq.      Medina Law Firm LLC      641 Lexington Avenue      Thirteenth Floor      New York, NY 10022
aty         Ian R. Winters      Klestadt Winters Jureller      Southard & Stevens, LLP      200 West 41st Street      17th Floor      New York, NY 10036
aty         Paul Ferdinands      King & Spalding      1180 Peachtree St NE      Atlanta, GA 30309
aty         Robert Leslie Rattet      Davidoff Hutcher & Citron LLP      605 Third Avenue      New York, NY 10158
aty         Sam P. Israel      Sam P. Israel, P.C.      180 Maiden Lane      6th Floor      New York, NY 10038
aty         Sarah Primrose      King & Spalding      1180 Peachtree St, NE      Atlanta, GA 30309
aty         Teresa Sadutto−Carley      Platzer, Swergold, Levine,      Goldberg, Katz & Jaslow, LLP      475 Park Avenue South      18th Floor      New York, NY 10016
aty         Tracy L. Klestadt      Klestadt Winters Jureller Southard & Ste      200 West 41st Street      17th Floor      New York, NY 10036−7203
smg         New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany, NY 12205−0300
smg         United States Attorney's Office      Southern District of New York      Attention: Tax & Bankruptcy Unit      86 Chambers Street, Third Floor      New York, NY 10007
smg         N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201−0551
smg         New York City Dept. Of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs − Devora Cohn      Brooklyn, NY 11201−3719
7587364     1180 Peachtreet St NE      King & Spalding LLP      Attn: Paul K. Ferdinands      1180 Peachtree St NE, Suite 1600      Atlanta, GA 30309
7539122     ADA YAFFEE      AFULA      ISRAEL
7539123     AETNA      P.O. BOX 775392      CHICAGO, IL 60677
7539124     AMERICAN EXPRESS      P.O. BOX 1270      NEWARK, NJ 07101
7539125     AMEXBRANDON      P.O. BOX 1270      NEWARK, NJ 07101
7578981     CNA COMMERCIAL INSURANCE COMPANY      500 COLONIAL CENTER PARKWAY      LAKE MARY FL 32746
7539126     CNA INSURANCE      P.O. BOX 790094      SAINT LOUIS, MO 63179
7539127     COBRA      71 WEST 47TH STREET      SUITE 511      NEW YORK, NY 10036
7539128     DGA SECURITY      429 WEST 53RD STREET      NEW YORK, NY 10101
7539129     ERB GEMS      20 WEST 47TH STREET SUITE 900      NEW YORK, NY 10036
7539130     ESSEX GLOBAL      580 FIFTH AVENUE      21ST FLOOR      NEW YORK, NY 10036
7588027     Essex Global Trading, Inc.      580 Fifth Avenue      21st Floor      New York, NY 10036
7539131     GLOBAL GEMS      214201 ADDISON PLACE COURT      BONITA SPRINGS, FL 34134
7556141     Halperin Battaglia Benzija, LLP      Attorneys for Essex Global Trading, LLC      40 Wall Street, 37th Floor      New York, NY 10005
7543315     INTERNAL REVENUE SERVICE      POST OFFICE BOX 7346      PHILADELPHIA, PA 19101
7539132     ISAAC FRIEDMAN      580 FIFTH AVENUE, 7TH FL      NEW YORK, NY 10036
7539133     IT TEC SOLUTIONS      39 ALLEN STREET      NEW HYDE PARK, NY 11040
7539134     KATRINA SPECTOR      620 WEST 42ND STREET      APT. 57A      NEW YORK, NY 10036
7557562     KING & SPALDING LLP      Counsel for RADWAN DIAMOND      & JEWELLERY TRADING      1180 Peachtree Street, NE Suite 1600      Atlanta, GA 30309
7545019     KLESTADT WINTERS JURELLER      SOUTHARD & STEVENS, LLP      Counsel to Olga Misimiskaya      200 West 41st Street, 17th Floor      New York, NY 10036
7539135     MALCA AMIT      580 FIFTH AVENUE      NEW YORK, NY 10036
7622448     MALCA AMIT USA, LLC      153−66 ROCKAWAY BLVD.      JAMAICA, NY 11434
7539136     MEGA RICH      HONG KONG

| | | |
|---|---|---|
| 7539137 | MICHAEL JACOB SPECTOR    CUSTODIAL TRUST    422 EAST 72ND ST., 33DE    NEW YORK, NY 10036 | |
| 7539138 | MID NY LLC    580 FIFTH AVENUE, STE 3003    NEW YORK, NY 10036 | |
| 7578897 | Medina Law Firm LLC    Attorneys for Moty Spector    641 Lexington Avenue    Thirteenth Floor    New York, NY 10022 | |
| 7587348 | Mega Rich    c/o Leo Fox, Esq.    630 Third Avenue – 18th Floor    New York, New York 10017 | |
| 7587240 | Moty Spector    c/o Medina Law Firm LLC    641 Lexington Avenue    Thirteenth Floor    New York, NY 10022 | |
| 7539139 | OLGA MISIMISKAYA    FLAT 2, HOUSE #A    BOLSHOY PREDTECHENSKIYPER    MOSCOW, RUSSIA | |
| 7539140 | OXFORD HEALTH    P.O. BOX 1697    NEWARK, NJ 07101 | |
| 7544650 | Olga Misimiskaya    Flat 2, House #A    Bolshoy    Predtechenskiyper    Moscow, Russia | |
| 7539141 | PALAWAN    31/5 GLOUCESTER TOWER    THE LANDMARK 11 PEDDER CENTRAL    HONG KONG | |
| 7539142 | PDD SEROYA    21 TUVAL STREET YAHALOM BLDG    RAMAT GAN    ISRAEL 52521 | |
| 7539143 | PITNEY BOWES    P.O. BOX 371874    PITTSBURGH, PA 15250 | |
| 7566145 | PLATZER, SWERGOLD, LEVINE,    GOLDBERG, KATZ & JASLOW, LLP    Attorneys for Ultimate Diamond    475 Park Avenue South, 18th Floor    New York, NY 10016 | |
| 7587346 | Palawan Holding Limited and Gemcut S.A.    c/o Leo Fox, Esq.    630 Third Avenue – 18th Floor    New York, New York 10017 | |
| 7587365 | Palawan Holdings Limited and Gemcut S.A.    c/o Leo Fox, Esq.    630 Third Avenue – 18th Floor    New York, New York 10017 | |
| 7539144 | RADWAN    2301/2302 TWIN TOWERS    BANIYAS STREET    DEIRA DUBAI U.A.E. | |
| 7587386 | Radwan Diamond & Jewellery Trading    King & Spalding LLP    Attn: Paul K. Ferdinands, Esq.    1180 Peachtree St NE, Suite 1600    Atlanta, GA 30309 | |
| 7539145 | SB DIAMOND    50 WEST 47TH STREET    SUITE 1611    NEW YORK, NY 10036 | |
| 7539146 | SJ INTERNATIONAL    71 WEST 47TH STREET    SUITE 50    NEW YORK, NY 10036 | |
| 7556269 | Sam P. Israel, P.C.    Attorneys for Essex Global Trading, LLC    180 Maiden Lane, 6th Floor    New York, New York 10038 | |
| 7587075 | Shanghai Pearls & Gems, Inc.    d/b/a Ultimate Diamond Co.    c/o Platzer, Swergold et al    475 Park Avenue South, 18th Floor    New York, New York 10016    Attn: T. Sadutto−Carley, Esq. | |
| 7549495 | State of New York Department of Labor    Unemployment Insurance Division    Gov. W. Averell Harriman    State Office Building Campus    Building 12, Room 256    Albany, NY 12240 | |
| 7567026 | THE COMMERCIAL ART LAB    71 W 47TH STREET, #701    NEW YORK, NY 10036 | |
| 7560503 | THE COMMERCIAL ART LAB, LLC    71 W 47TH STREET, #701    NEW YORK, NY 10036 | |
| 7539147 | THE COMMERICAL LAB    71 WEST 47TH STREET, STE 701    NEW YORK, NY 10036 | |
| 7563152 | Troutman Sanders LLP    Attn: Aurora Cassirer    Brett D. Goodman    875 Third Avenue    New York, New York 10022 | |
| 7539148 | ULTIMATE DIAMOND    580 FIFTH AVENUE    FIFTH FLOOR    NEW YORK, NY 10036 | |
| 7539149 | WORLDSTAR    44 W. 47TH STREET    SUITE GF−1    NEW YORK, NY 10036 | |

TOTAL: 72