# EXHIBIT B

The D&M Capital Group, LLC

| | | | 592 Fifth Avenue, 5th Floor<br>New York, NY 10036 | | | | |
|---|---|---|---|---|---|---|---|
| Debtor SubTenant | Tenant | Tenant's Attorney and Contact | Landlord | Landlord's Contact | Sublease Term Expiration Date | Monthly Rent | Surrender/ Rejection Date |
| The D&M Capital Group, LLC | Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP<br><br>William Kung, President | UOB Realty (USA) Limited Partnership | Erberto De Guzman, President | December 30, 2020 | $11,672.54 | September 22, 2020 |

{11856890:2}