# EXHIBIT 4

19-11711-scc   Doc 140-5   Filed 10/28/20   Entered 10/28/20 17:00:46   Exhibit 4 -
Deposition Testimony of Moty Spector   Pg 2 of 10

Moty Spector
10/08/2019                                                                    1

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
              Chapter 11
              Case No. 19-11711(SCC)
              Adv. Pro. No. 19-1300(SCC)
   ------------------------------------------------

   IN RE:

   THE D&M CAPITAL GROUP, LLC,


                  Debtor.
   ------------------------------------------------
   THE D&M CAPITAL GROUP, LLC,

                  Plaintiff,

              -against-

   ESSEX GLOBAL TRADING, LLC,
   ALEKS PAUL and "JOHN DOES," said names
   being fictitious and unknown,

                  Defendants,

   -and-

   RADWAN DIAMOND & JEWELLERY TRADING,
   ULTIMATE DIAMOND CO., S.B. DIAMOND CORP.,
   PALAWAN HOLDINGS LIMITED, and
   GEMCUT S.A.,

                  Nominal Defendants.
   ------------------------------------------------
   (Caption continued)

              Transcript of Deposition of

                      MOTY SPECTOR

   Tuesday, October 8, 2019
   9:04 a.m.
   Office of Samuel P. Israel, Esq.
   New York, New York

   Tab Prewett, Court Reporter
```

19-11711-scc  Doc 140-5  Filed 10/28/20  Entered 10/28/20 17:00:46  Exhibit 4 - Deposition Testimony of Moty Spector  Pg 3 of 10

Moty Spector
10/08/2019

2

```
 1
 2   ESSEX GLOBAL TRADING, INC.,
 3
 4              Plaintiff,
 5
 6        -against-
 7
 8   MOTY SPECTOR,
 9
10              Third-Party Defendant.
11   ----------------------------------------------------
12
13
14              DEPOSITION OF MOTY SPECTOR
15
16
17        TRANSCRIPT of the stenographic notes of
18   the proceedings in the above-entitled matter, as
19   taken by and before TAB PREWETT, a Registered
20   Professional Reporter, a Certified LiveNote
21   Reporter, Certified Shorthand Reporter and Notary
22   Public, held at the Offices of SAMUEL P. ISRAEL
23   LLP, 180 Maiden Lane, New York, New York  10016,
24   on Tuesday, October 8, 2019, commencing at
25   9:04 a.m.
```

19-11711-scc    Doc 140-5    Filed 10/28/20    Entered 10/28/20 17:00:46    Exhibit 4 - Deposition Testimony of Moty Spector    Pg 4 of 10

Moty Spector
11/08/2019

3

A P P E A R A N C E S:

    SAMUEL P. ISRAEL P.C.

    BY:  SAMUEL P. ISRAEL, ESQ.

        TIMOTHY L. FOSTER, ESQ.

        TESS BONOLI, ESQ.

    180 Maiden Lane, 6th Floor

    New York, New York  10038

    Attorneys for Defendants,

    Essex Global Trading and Aleks Paul


    HALPERIN BATTAGLIA BENZIJA, LLP

    BY:  DONNA H. LIEBERMAN, ESQ.

    40 Wall Street - 37th Floor

    New York, New York  10005


    Attorneys for Defendants,

    Essex Global Trading and Aleks Paul

19-11711-scc Doc 140-5 Filed 10/28/20 Entered 10/28/20 17:00:46 Exhibit 4 - Deposition Testimony of Moty Spector Pg 5 of 10

Moty Spector
11/08/2019

4

```
 1

 2

 3        MEDINA LAW FIRM LLC

 4        BY:  ERIC S. MEDINA, ESQ.

 5        The Chrysler Building

 6        405 Lexington Avenue, Seventh Floor

 7        New York, New York  10174

 8

 9

10        Attorneys for Moty Spector,

11        Individually

12

13        TROUTMAN SANDERS LLP

14        BY:  BRETT D. GOODMAN, ESQ.

15        875 Third Avenue

16        New York, New York  10022

17

18

19        Attorneys for Plaintiff,

20        The D&M Capital Group

21

22

23

24

25
```

19-11711-scc    Doc 140-5    Filed 10/28/20    Entered 10/28/20 17:00:46    Exhibit 4 - Deposition Testimony of Moty Spector    Pg 6 of 10

Moty Spector

5

```
 1                     Moty Spector
 2                   P R O C E E D I N G S
 3   M O T Y    S P E C T O R,
 4   doing business at The D&M Capital Group,
 5   592 Fifth Avenue,
 6   New York, New York  10036,
 7   having been sworn by the notary public to testify
 8   to the truth, testified as follows:
 9   DIRECT EXAMINATION
10   BY MR. ISRAEL:
11        Q    Good morning, Mr. Spector.  My name
12   is Sam Israel as you know.  I am going to be
13   asking questions today in connection with an
14   adversary proceeding that was commenced against
15   Essex Global Trading and Aleks Paul, and that's
16   scheduled to have a hearing in just about a week
17   from now, maybe a week and a couple of days.
18             If you don't understand any of the
19   questions that I put to you, please tell me, and
20   I will rephrase them.  And, of course, as we
21   discussed, if you need to take a break, just
22   signal that you have got to take a break; and we
23   will take a break, and you can use the bathroom.
24             Could you tell us briefly what your
25   educational background is?
```

19-11711-scc   Doc 140-5   Filed 10/28/20   Entered 10/28/20 17:00:46   Exhibit 4 - Deposition Testimony of Moty Spector   Pg 7 of 10

Moty Spector
11/08/2019                                              12

```
 1                     Moty Spector
 2   reason or another.
 3             So all of my questions are asking
 4   about what you know.  They don't require you to
 5   speculate.  Okay.
 6             If you look above the middle of the
 7   page, it says:
 8             "100 percent owned by D&M Capital
 9   Group LLC, collateral for loan."
10             What was it a collateral for, for
11   what loan?
12        A     I can answer?
13             MR. GOODMAN:  Objection.  You can
14        answer.
15        A     D&M pledge a loan from Essex a
16   while before.
17        Q     Right.  And this was collateral for
18   the loan, correct?
19             MR. GOODMAN:  Objection.
20        Q     I can't hear you. What?  He made
21   his objection.  Now, you have to answer.  The way
22   it works is --
23             MR. GOODMAN:  If you know -- if you
24        know, you have to answer.
25        Q     The way it works is like this.  He
```

19-11711-scc    Doc 140-5    Filed 10/28/20    Entered 10/28/20 17:00:46    Exhibit 4 - Deposition Testimony of Moty Spector    Pg 8 of 10

Moty Spector
11/08/2019                                                                13

```
 1                      Moty Spector
 2   makes an objection.  He preserves the record, but
 3   you have to answer the question that I'm asking
 4   you.  Okay.
 5        A     Okay.
 6        Q     Okay.  So can we have your answer
 7   to the question?
 8        A     Ask the question again.
 9              MR. ISRAEL:  Read it to him,
10        please.
11              (Reporter read back pending
12        question:
13              QUESTION:  "And this was collateral
14        for the loan, correct?")
15              MR. GOODMAN:  Objection.  Calls for
16        a legal conclusion.
17        Q     You can answer.
18        A     From time to time, Mr. Paul asked
19   me to write collateral for his investors or
20   whatever he meant.  So, yes, it's written
21   there -- from time to time Mr. Paul was asking me
22   to write memos that it's collateral for the sake
23   of showing to his investors.  He mention a loan.
24        Q     Well, is it or was it -- was it or
25   was it not collateral?
```

19-11711-scc    Doc 140-5    Filed 10/28/20    Entered 10/28/20 17:00:46    Exhibit 4 -
Deposition Testimony of Moty Spector    Pg 9 of 10

Moty Spector
11/08/2019

14

1                       Moty Spector

2        A      No, it wasn't.

3               MR. GOODMAN:  Objection to the

4        form.

5               MR. MEDINA:  Objection.

6        Q      So you wrote the word "collateral"

7   there even though that wasn't true?

8        A      I would say.

9               MR. MEDINA:  Objection.

10       Q      And what else about -- about this

11  document isn't true?

12              MR. GOODMAN:  Objection.

13              MR. MEDINA:  Objection.

14       Q      You can answer.

15       A      Everything is true.

16       Q      Everything is true except for the

17  fact that it was collateral?

18       A      Yes.

19       Q      Okay.  What about the fact that it

20  says it's "100 percent owned by D&M Capital

21  Group"?

22              Is that true?

23       A      No.

24       Q      That wasn't true, either; was it?

25       A      No.

19-11711-scc   Doc 140-5   Filed 10/28/20   Entered 10/28/20 17:00:46   Exhibit 4 - Deposition Testimony of Moty Spectre   Pg 10 of 10

Moty Spectre

62

CERTIFICATE

I, TAB PREWETT, A Registered Professional Reporter, Notary Public, Certified LiveNote Reporter, and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination MOTY SPECTOR was sworn by the notary public to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*TAB Prewett*
_____

TAB PREWETT
Notary Public

My Commission expires February 9, 2024
Dated: October 8, 2019