# EXHIBIT 10

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                    Lead Case No. 19-11711-scc
                                          New York, New York
    THE D&M CAPITAL GROUP LLC,            December 9, 2019
                                Debtor.   10:08 a.m. - 5:24 p.m.


                            - AGENDA -
        AP: 19-01300-SCC, THE D&M CAPITAL GROUP, LLC VS.
               ESSEX GLOBAL TRADING, LLC ET AL


    EMERGENCY APPLICATION FOR EX PARTE RELIEF ORDER TO SHOW CAUSE
        WHY AN ORDER SHOULD NOT BE ENTERED GRANTING A TEMPORARY
    RESTRAINING ORDER AND RELATED RELIEF FILED BY AURORA CASSIRER
            ON BEHALF OF THE D&M CAPITAL GROUP, LLC (DOC #32)


    FIRST APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR
    SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
        TROUTMAN SANDERS LLP, DEBTOR'S ATTORNEY (DOC #65)


        APPLICATION FOR FINAL PROFESSIONAL COMPENSATION AND
    REIMBURSEMENT OF EXPENSES FOR RATTET PLLC, DEBTOR'S ATTORNEY
                              (DOC #68)


              BEFORE THE HONORABLE SHELLEY C. CHAPMAN
                    UNITED STATES BANKRUPTCY JUDGE
```

```
     A P P E A R A N C E S :

     For the Debtor:               AURORA CASSIRER, ESQ.
                                   BRETT GOODMAN, ESQ.
                                   ALISSA K. PICCIONE, ESQ.
                                   Troutman Sanders LLP
                                   875 Third Avenue
                                   New York, New York 10022
                                   (212) 704-6000

     For Essex Global Trading:     SAM P. ISRAEL, ESQ.
                                   TIMOTHY L. FOSTER, ESQ.
                                   SAM P. ISRAEL P.C.
                                   180 Maiden Lane, 6th Floor
                                   New York, New York 10038
                                   (646) 787-9880; (646) 787-9886 Fax

     For Moty Spector:             ERIC S. MEDINA, ESQ.
                                   The Chrysler Building
                                   405 Lexington Avenue, 7th Floor
                                   New York, New York 10174
                                   (212) 404-1742; (888) 833-9534 fax

     Interested Party:             DONNA H. LIEBERMAN, ESQ.
                                   Halperin Battaglia Benzija, LLP
                                   40 Wall Street, 37th Floor
                                   New York, New York 10005
                                   (212) 765-9100; (212) 765-0964 fax

     For the U.S. Trustee:         RICHARD MORRISSEY, ESQ.
                                   U.S. Department of Justice
                                   201 Varick Street, Suite 1006
                                   New York, New York 10014
                                   (212) 510-0500; (212) 668-2255 fax

     For S.B. Diamond Corp.:       DAVID J. KOZLOWSKI, ESQ.
                                   Morrison Cohen, LLP
                                   909 Third Avenue
                                   New York, New York 10022-4784
                                   (212) 735-8600; (212) 735-8708 fax

     Transcriber:                  AA EXPRESS TRANSCRIPTS
                                   195 Willoughby Avenue, Suite 1514
                                   Brooklyn, New York 11205
                                   (888) 456-9716
                                   aaexpress@court-transcripts.net

          (Proceedings recorded by electronic sound recording)
```

```
                    In re D&M Capital Group LLC - 12/9/19          39
 1        MS. CASSIRER:  Okay.
 2   Q    Moving onto the third item on Joint Exhibit 68, which is
 3   JP0105, I'd like to show you the documents behind it.
 4   A    Please.  Thank you.
 5   Q    Could you describe that item to us?
 6   A    A cross pendant with 7 fancy intense pink diamonds --
 7   Q    Please speak up.
 8   A    A cross with 7 pink diamonds for total weight of 4.69
 9   carats, for the value $1,380,000.
10   Q    And the price on it?
11   A    $1,380,000.
12   Q    Mr. Spector, looking at Exhibit 31, which is marked D&M
13   000104, is that the item that's described in Exhibit 68?
14   A    Yes, ma'am.
15   Q    And who owns this item today?
16   A    D&M, a third, Gemcut, a third, and Ultimate Diamond, a
17   third.
18   Q    Okay.  I direct your attention to Joint Exhibit 32.
19   A    Yes.
20   Q    Which is D&M 000105.
21   A    Yes.
22   Q    And what does that document indicate?
23   A    An invoice from Gemcut of Geneva to D&M for one-third value
24   of this cross for $140,000.
25   Q    And what are the other markings on this?
```