Paul K. Ferdinands (admitted *pro hac vice*)      **Hearing Date: December 14, 2020**
Sarah L. Primrose (admitted *pro hac vice*)         **at 11:00 a.m.**
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
*Counsel for RADWAN DIAMOND & JEWELLERY TRADING*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
In re:                                                       Chapter 7 (Previous 11)

The D&M Capital Group, LLC,                Case No. 19-11711 (SCC)

           Debtor.
------------------------------------------------x

**NOTICE OF RESCHEDULING OF HEARING ON THE**
**MOTION TO LIFT THE AUTOMATIC STAY TO ALLOW SETOFF OF MUTUAL**
**PREPETITION DEBTS OR ALTERNATIVELY FOR RECOUPMENT**

**PLEASE TAKE NOTICE** that the hearing on *Motion to Lift the Automatic Stay to Allow Setoff of Mutual Prepetition Debts or Alternatively for Recoupment* [Docket No. 106] (the "Motion") scheduled for Thursday, December 3, 2020 at 10:00 a.m. before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York telephonically through CourtSolutions, has been adjourned and reset to **December 14, 2020 at 11:00 a.m.** Parties wishing to appear should sign up through https://www.court-solutions.com/ in advance of the hearing.

       Respectfully submitted,

| | |
|---|---|
| Date: November 5, 2020<br>Atlanta, Georgia | KING & SPALDING LLP<br><br>*/s/ Sarah L. Primrose*<br>Paul K. Ferdinands (admitted *pro hac vice*)<br>pferdinands@kslaw.com<br>Sarah L. Primrose (admitted *pro hac vice*)<br>sprimrose@kslaw.com<br>1180 Peachtree Street<br>Atlanta, Georgia 30309-3521<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br><br>*Counsel for Radwan Diamond & Jewellery Trading* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2020, I electronically filed the foregoing NOTICE OF RESCHEDULING OF HEARING ON THE MOTION TO LIFT THE AUTOMATIC STAY TO ALLOW SETOFF OF MUTUAL PREPETITION DEBTS OR ALTERNATIVELY FOR RECOUPMENT with the Clerk using the CM/ECF system, thereby causing Notice of Electronic Filing of the foregoing to be sent to the following parties:

| | |
|---|---|
| Aurora Cassirer<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>aurora.cassirer@troutman.com | *Trustee*<br>Windels Marx Lane & Mittendorf, LLP<br>Attn: Alan Nisselson and Leslie S. Barr<br>156 West 56th Street<br>New York, NY 10019<br>anisselson@windelsmarx.com |
| Alissa K. Piccione<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>10022<br>New York, NY 10022<br>alissa.piccione@troutman.com | *Office of The United States Trustee*<br>Attn: Richard Morrissey<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Robert Leslie Rattet<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>rlr@dhclegal.com | Sam P. Israel<br>Sam P. Israel, P.C.<br>180 Maiden Lane, 6th Floor<br>New York, NY 10038<br>admin@spi-pc.com |
| Teresa Sadutto-Carley<br>Platzer, Swergold, Levine,<br>Goldberg, Katz & Jaslow, LLP<br>475 Park Avenue South<br>18th Floor<br>New York, NY 10016<br>tsadutto@platzerlaw.com | Tracy L. Klestadt<br>Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036-7203<br>tklestadt@klestadt.com |
| Eric S. Medina, Esq.<br>Medina Law Firm LLC<br>641 Lexington Avenue<br>Thirteenth Floor<br>New York, NY 10022<br>emedina@medinafirm.com | Brett D. Goodman<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>brett.goodman@troutman.com |

| | |
|---|---|
| Ian R. Winters<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>iwinters@klestadt.com | |

*/s/ Sarah L. Primrose*
Sarah L. Primrose (admitted *pro hac vice*)
King & Spalding LLP
sprimrose@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Counsel for Radwan Diamond & Jewellery Trading*

2