**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: The D&M Capital Group, LLC | CASE NO.: 19–11711–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 20–4285928 | CHAPTER: 7 |

# AMENDED NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for December 14, 2020 has been adjourned to December 17, 2020 at 10:00 a.m. This will be a telephonic hearing via Court Solutions. Participants may register to appear at www.court–solutions.com.

The hearing will include the following motions:

Doc #106 Motion for Relief from Stay filed by Paul Ferdinands on behalf of RADWAN DIAMOND & JEWELLERY TRADING

Doc #133 Trustee's Motion for Entry of Order (A) Authorizing Trustee to Reject an Unexpired Prepetition Nonresidential Real Property Subsublease; (B) Fixing Deadline for Filing Rejection Damages Claims; and (C) Granting Related Relief filed by Leslie S. Barr on behalf of Alan Nisselson

Thank you


Dated: December 14, 2020                    Vito Genna
                                            Clerk of the Court