# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 12/14/2020 |
| Case: 19−11711−scc | Form ID: 143 | Total: 89 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Olga Misimiskaya |
| intp | RADWAN DIAMOND & JEWELLERY TRADING |
| unk | Clerks Office of the U.S. Bankruptcy Court |
| aty | Troutman Pepper Hamilton Sanders LLP |
| cr | Global Gems, Inc. |
| unk | Gemcut SA |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Alan Nisselson | anisselson@windelsmarx.com |
| aty | Alan Nisselson | anisselson@windelsmarx.com |
| aty | Alissa K. Piccione | alissa.piccione@troutman.com |
| aty | Andrew S. Muller | amuller@platzerlaw.com |
| aty | Aurora Cassirer | aurora.cassirer@troutman.com |
| aty | Brett D. Goodman | brett.goodman@troutman.com |
| aty | Eric S. Medina, Esq. | emedina@medinafirm.com |
| aty | Ian R. Winters | iwinters@klestadt.com |
| aty | Ilana Volkov | ivolkov@mcgrailbensinger.com |
| aty | Leo Fox | leo@leofoxlaw.com |
| aty | Leslie S. Barr | lbarr@windelsmarx.com |
| aty | Paul Ferdinands | pferdinands@kslaw.com |
| aty | Pearl Shah | pshah@mcgrailbensinger.com |
| aty | Robert Leslie Rattet | rlr@dhclegal.com |
| aty | Sam P. Israel | admin@spi−pc.com |
| aty | Sarah Primrose | sprimrose@kslaw.com |
| aty | Teresa Sadutto−Carley | tsadutto@platzerlaw.com |
| aty | Timothy Savitsky | timsavitsky@spi−pc.com |
| aty | Tracy L. Klestadt | tklestadt@klestadt.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | The D&M Capital Group, LLC | 592 Fifth Avenue    Fifth Floor    New York, NY 10036 |
| cr | ESSEX GLOBAL TRADING, LLC | 580 Fifth Avenue    21st Floor    New York, NY 100366666 |
| cr | Ultimate Jewelry Designs, LLC and Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamonds    c/o Platzer, Swergold et al    475 Park Avenue South    18th Floor    New York, NY 10016 |
| intp | Moty Spector | C/O Medina Law Firm LLC    641 Lexington Avenue    13th Floor    New York, NY 10022 |
| unk | Rattet PLLC | Rattet PLLC    202 Mamaroneck Avenue    Suite 300    White Plains, NY 10601 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7587364 | 1180 Peachtreet St NE | King & Spalding LLP    Attn: Paul K. Ferdinands    1180 Peachtree St NE, Suite 1600    Atlanta, GA 30309 |
| 7539122 | ADA YAFFEE | AFULA    ISRAEL |
| 7539123 | AETNA | P.O. BOX 775392    CHICAGO, IL 60677 |
| 7539124 | AMERICAN EXPRESS | P.O. BOX 1270    NEWARK, NJ 07101 |
| 7539125 | AMEXBRANDON | P.O. BOX 1270    NEWARK, NJ 07101 |
| 7578981 | CNA COMMERCIAL INSURANCE COMPANY | 500 COLONIAL CENTER PARKWAY    LAKE MARY FL 32746 |
| 7539126 | CNA INSURANCE | P.O. BOX 790094    SAINT LOUIS, MO 63179 |
| 7539127 | COBRA | 71 WEST 47TH STREET    SUITE 511    NEW YORK, NY 10036 |
| 7539128 | DGA SECURITY | 429 WEST 53RD STREET    NEW YORK, NY 10101 |
| 7539129 | ERB GEMS | 20 WEST 47TH STREET SUITE 900    NEW YORK, NY 10036 |
| 7539130 | ESSEX GLOBAL | 580 FIFTH AVENUE    21ST FLOOR    NEW YORK, NY 10036 |
| 7588027 | Essex Global Trading, Inc. | 580 Fifth Avenue    21st Floor    New York, NY 10036 |
| 7539131 | GLOBAL GEMS | 214201 ADDISON PLACE COURT    BONITA SPRINGS, FL 34134 |
| 7794798 | Global Gems, Inc. | Taylor English Duma c/o John W. Mills    1600 Parkwood Circle, Suite 200    Atlanta, GA 30339 |
| 7556141 | Halperin Battaglia Benzija, LLP | Attorneys for Essex Global Trading, LLC    40 Wall Street, 37th Floor    New York, NY 10005 |
| 7543315 | INTERNAL REVENUE SERVICE | POST OFFICE BOX 7346    PHILADELPHIA, PA 19101 |
| 7539132 | ISAAC FRIEDMAN | 580 FIFTH AVENUE, 7TH FL    NEW YORK, NY 10036 |

| | | | | |
|---|---|---|---|---|
| 7539133 | IT TEC SOLUTIONS | 39 ALLEN STREET | NEW HYDE PARK, NY 11040 | |
| 7539134 | KATRINA SPECTOR | 620 WEST 42ND STREET | APT. 57A | NEW YORK, NY 10036 |
| 7557562 | KING & SPALDING LLP | Counsel for RADWAN DIAMOND | & JEWELLERY TRADING | 1180 Peachtree Street, NE Suite 1600    Atlanta, GA 30309 |
| 7545019 | KLESTADT WINTERS JURELLER | SOUTHARD & STEVENS, LLP | Counsel to Olga Misimiskaya    200 West 41st Street, 17th Floor    New York, NY 10036 | |
| 7539135 | MALCA AMIT | 580 FIFTH AVENUE | NEW YORK, NY 10036 | |
| 7622448 | MALCA AMIT USA, LLC | 153–66 ROCKAWAY BLVD. | JAMAICA, NY 11434 | |
| 7539136 | MEGA RICH | HONG KONG | | |
| 7539137 | MICHAEL JACOB SPECTOR | CUSTODIAL TRUST | 422 EAST 72ND ST., 33DE | NEW YORK, NY 10036 |
| 7539138 | MID NY LLC | 580 FIFTH AVENUE, STE 3003 | NEW YORK, NY 10036 | |
| 7578897 | Medina Law Firm LLC | Attorneys for Moty Spector | 641 Lexington Avenue | Thirteenth Floor    New York, NY 10022 |
| 7587348 | Mega Rich | c/o Leo Fox, Esq. | 630 Third Avenue – 18th Floor | New York, New York 10017 |
| 7587240 | Moty Spector | c/o Medina Law Firm LLC | 641 Lexington Avenue    Thirteenth Floor    New York, NY 10022 | |
| 7539139 | OLGA MISIMISKAYA | FLAT 2, HOUSE #A | BOLSHOY PREDTECHENSKIYPER | MOSCOW, RUSSIA |
| 7539140 | OXFORD HEALTH | P.O. BOX 1697 | NEWARK, NJ 07101 | |
| 7544650 | Olga Misimiskaya | Flat 2, House #A | Bolshoy    Predtechenskiyper    Moscow, Russia | |
| 7539141 | PALAWAN | 31/5 GLOUCESTER TOWER | THE LANDMARK 11 PEDDER CENTRAL | HONG KONG |
| 7539142 | PDD SEROYA | 21 TUVAL STREET YAHALOM BLDG | RAMAT GAN | ISRAEL 52521 |
| 7539143 | PITNEY BOWES | P.O. BOX 371874 | PITTSBURGH, PA 15250 | |
| 7566145 | PLATZER, SWERGOLD, LEVINE, | GOLDBERG, KATZ & JASLOW, LLP | Attorneys for Ultimate Diamond    475 Park Avenue South, 18th Floor    New York, NY 10016 | |
| 7587346 | Palawan Holding Limited and Gemcut S.A. | c/o Leo Fox, Esq. | 630 Third Avenue – 18th Floor | New York, New York 10017 |
| 7587365 | Palawan Holdings Limited and Gemcut S.A. | c/o Leo Fox, Esq. | 630 Third Avenue – 18th Floor | New York, New York 10017 |
| 7539144 | RADWAN | 2301/2302 TWIN TOWERS | BANIYAS STREET | DEIRA DUBAI U.A.E. |
| 7587386 | Radwan Diamond & Jewellery Trading | King & Spalding LLP | Attn: Paul K. Ferdinands, Esq.    1180 Peachtree St NE, Suite 1600    Atlanta, GA 30309 | |
| 7746000 | Rattet PLLC | 202 Mamaroneck Avenue | White Plains, NY 10601 | |
| 7539145 | SB DIAMOND | 50 WEST 47TH STREET | SUITE 1611 | NEW YORK, NY 10036 |
| 7539146 | SJ INTERNATIONAL | 71 WEST 47TH STREET | SUITE 50 | NEW YORK, NY 10036 |
| 7556269 | Sam P. Israel, P.C. | Attorneys for Essex Global Trading, LLC | 180 Maiden Lane, 6th Floor | New York, New York 10038 |
| 7587075 | Shanghai Pearls & Gems, Inc. | d/b/a Ultimate Diamond Co. | c/o Platzer, Swergold et al    475 Park Avenue South, 18th Floor    New York, New York 10016    Attn: T. Sadutto–Carley, Esq. | |
| 7549495 | State of New York Department of Labor | Unemployment Insurance Division | Gov W. Averell Harriman    State Office Building Campus    Building 12, Room 256    Albany, NY 12240 | |
| 7567026 | THE COMMERCIAL ART LAB | 71 W 47TH STREET, #701 | NEW YORK, NY 10036 | |
| 7560503 | THE COMMERCIAL ART LAB, LLC | 71 W 47TH STREET, #701 | NEW YORK, NY 10036 | |
| 7539147 | THE COMMERICAL LAB | 71 WEST 47TH STREET, STE 701 | NEW YORK, NY 10036 | |
| 7563152 | Troutman Sanders LLP | Attn: Aurora Cassirer | Brett D. Goodman | 875 Third Avenue    New York, New York 10022 |
| 7775028 | U.S. Trustee Payment Center | P.O. Box 6200–19 | Portland, OR 97228 | |
| 7773099 | U.S. Trustee Payment Center | P.O. Box 6200–19 | Portland, OR 97228–6200 | |
| 7539148 | ULTIMATE DIAMOND | 580 FIFTH AVENUE | FIFTH FLOOR | NEW YORK, NY 10036 |
| 7539149 | WORLDSTAR | 44 W. 47TH STREET | SUITE GF–1 | NEW YORK, NY 10036 |

TOTAL: 63