**Adjourned Hearing: February 17, 2021 at 11:00 a.m.**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                              :
                                                                        :       Chapter 7
                                                                        :
THE D&M CAPITAL GROUP, LLC              :       Case No. 19-11711-scc
                                                                        :
                    Debtor.                                  :
                                                                        :
--------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION FOR ENTRY OF ORDER (A) AUTHORIZING TRUSTEE TO REJECT DEBTOR'S UNEXPIRED PREPETITION NONRESIDENTIAL REAL PROPERTY SUBSUBLEASE AS OF SEPTEMBER 22, 2020; (B) FIXING DEADLINE FOR FILING REJECTION DAMAGES CLAIMS; AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that:

1.    The hearing to consider the Motion of Alan Nisselson (the "*Trustee*"), Trustee for the above-captioned chapter 7 Debtor, for an order (a) authorizing the rejection of the Debtor's unexpired prepetition sublease of non-residential real property as of September 22, 2020, (b) fixing a deadline for filing proofs of claim for rejection damages, and (c) granting such other and further relief as is just (ECF Doc. 133) (the "*Motion*"), scheduled to be heard before The Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her Courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "*Court*"), on January 5, 2021 at 11:00 a.m., prevailing Eastern time, **is adjourned to February 17, 2021 at 11:00 a.m., prevailing Eastern time** (the "*Hearing*").

{11881206:1}

2. The Hearing will be conducted telephonically pursuant to General Order M-543 of the Bankruptcy Court, and Bankruptcy Judge Chapman's Chambers Rules, both of which may be found on the Bankruptcy Court's website at www.nysb.uscourts.gov (the "***Court's Website***"). Parties wishing to participate in the Hearing telephonically must register with Court Solutions. Information on how to register with Court Solutions can be found in General Order M-543 and on the Court Solutions website at https://www.court-solutions.com/.

3. The Motion with exhibits is available for viewing on the Internet through the Court's Website (www.nysb.uscourts.gov), or upon request to the undersigned or the Clerk of the Court. A Pacer password is required to access documents on the Court's Website.

4. The Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: New York, New York            WINDELS MARX LANE & MITTENDORF, LLP
      December 30, 2020            *Attorneys for Alan Nisselson, Chapter 7 Trustee*

By:   */s/ Leslie S. Barr*
     Leslie S. Barr (lbarr@windelsmarx.com)
     156 West 56th Street
     New York, New York 10019
     Tel. (212) 237-1000 / Fax. (212) 262-1215

{11881206:1}      2