Mark M. Maloney (pending admission *pro hac vice*)
Sarah L. Primrose (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
*Counsel for RADWAN DIAMOND & JEWELLERY TRADING*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                          :
In re:                                    :    Chapter 7 (Previous 11)
                                          :
The D&M Capital Group, LLC,                :    Case No. 19-11711 (SCC)
                                          :
                                          :
                                          :
            Debtor.                       :
                                          :
------------------------------------------x

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Mark M. Maloney of the law firm of King & Spalding, LLP, 1180 Peachtree Street, N,E,, Atlanta, GA, 30309, hereby gives notice of his appearance as counsel for Radwan Diamond & Jewellery Trading ("Radwan"), a party in interest in the above-styled and numbered bankruptcy case, and that Paul K. Ferdinands of the law firm of King & Spalding LLP withdraws as attorney of record for Radwan.  Please serve all future filings and correspondence accordingly to the above referenced address and mmaloney@kslaw.com.

Dated: January 4, 2021

                                                KING & SPALDING LLP

                                                */s/ Mark M. Maloney*
                                                Mark M. Maloney (pending admission *pro hac vice)*
                                                Sarah L. Primrose (admitted *pro hac vice*)
                                                mmaloney@kslaw.com
                                                sprimrose@kslaw.com
                                                1180 Peachtree Street
                                                Atlanta, Georgia 30309-3521
                                                Telephone:  (404) 572-4600
                                                Facsimile:  (404) 572-5100

                                                *Counsel for Radwan Diamond & Jewellery Trading*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, thereby causing Notice of Electronic Filing of the foregoing to be sent to the following parties:

| | |
|---|---|
| Aurora Cassirer<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>aurora.cassirer@troutman.com | *Trustee*<br>Windels Marx Lane & Mittendorf, LLP<br>Attn: Alan Nisselson and Leslie S. Barr<br>156 West 56th Street<br>New York, NY 10019 |
| Alissa K. Piccione<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>10022<br>New York, NY 10022<br>alissa.piccione@troutman.com | *Office of The United States Trustee*<br>Attn: Richard Morrissey<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Robert Leslie Rattet<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>rlr@dhclegal.com | Sam P. Israel<br>Sam P. Israel, P.C.<br>180 Maiden Lane, 6th Floor<br>New York, NY 10038<br>admin@spi-pc.com |
| Teresa Sadutto-Carley<br>Platzer, Swergold, Levine,<br>Goldberg, Katz & Jaslow, LLP<br>475 Park Avenue South<br>18th Floor<br>New York, NY 10016<br>tsadutto@platzerlaw.com | Tracy L. Klestadt<br>Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036-7203<br>tklestadt@klestadt.com |
| Eric S. Medina, Esq.<br>Medina Law Firm LLC<br>641 Lexington Avenue<br>Thirteenth Floor<br>New York, NY 10022<br>emedina@medinafirm.com | Brett D. Goodman<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>brett.goodman@troutman.com |
| Ian R. Winters<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street | |

| | |
|---|---|
| 17th Floor<br>New York, NY 10036<br>iwinters@klestadt.com | |

*/s/ Sarah L. Primrose*
Sarah L. Primrose (admitted *pro hac vice*)
sprimrose@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Counsel for Radwan Diamond & Jewellery Trading*