Leo Fox, Esq.
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595
leo@leofoxlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In Re:

THE D&M CAPITAL GROUP LLC,             Chapter 7

                Debtor.             Case No. 19-11711 (SCC)

---------------------------------------------------------X

## RESPONE OF GEMCUT USA

*Gemcut USA* ("Gemcut"), by its attorney Leo Fox, Esq., for its response to the Motion of the Trustee for approval of a sale of certain assets, portions of which Gemcut holds an ownership interest, respectfully represents.

    1.  Gemcut has no objection to the sale provided that the Order approving the sale provides that the proceeds of the assets in which Gemcut holds an ownership interest will be delivered to Gemcut without delay after the Closing, as is indicated in the Trustee's Application for approval.

Dated:  New York, New York
          January 27, 2021

                                                      Respectfully submitted,

                                                      *GEMCUT USA*

                                                      By:    */s/ Leo Fox*
                                                                Leo Fox, Esq.
                                                                Attorney for Gemcut USA
                                                                630 Third Avenue – 18th Floor
                                                               New York, New York 10017
                                                               (212) 867-9595
                                                               leo@leofoxlaw.com

Fox\NAS\Leo\Clients\Gemcut USA\Response V1\1-27-2021