WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorneys appearing:  Leslie S. Barr (lbarr@windelsmarx.com)

Hearing Date: February 3, 2021 at 10:00 a.m.
Objections Due: January 27, 2021 at 5:00 p.m.
Related Dkt. No. 163

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE D&M CAPITAL GROUP, LLC,<br><br>                                      Debtor. | Chapter 7<br><br>Case No. 19-11711-scc |

**CERTIFICATE OF NO OBJECTION PURSUANT TO LOCAL
BANKRUPTCY RULE 9075-2 REGARDING DOCKET NO. 163**

Pursuant to Local Bankruptcy Rule 9075-2, the undersigned hereby certifies that, as of the date hereof, other than the Response dated January 27, 2021 of Gemcut USA (Dkt. No. 170), no objection, responsive pleading, or request for a hearing, regarding the Notice of Trustee's Motion and Trustee's Motion for Order (A) Authorizing Trustee to Sell at Online Public Auction Personal Property, Consisting of Jewelry and Precious Gems, Free and Clear of Liens, Claims, Interests, and Encumbrances; (B) Approving Consent Procedures for Co-Owners; (C) Approving Terms and Conditions for Online Public Auction Sale; (D) Authorizing the Payment of a Break-Up Fee and Overbid Protection for Potential 'Stalking Horse' Bidders; (E) Setting Dates for Auction and Sale Approval Hearing, and Approving the Form and Manner of Notice; and (F) Granting Related Relief (Dkt.  No. 163) (the "***Motion***"), with a hearing date and time of February 3, 2021 at 10:00 a.m. (the "***Hearing***"), has been filed or received by the undersigned.

Pursuant to the Motion, objections were to be filed and served on the undersigned, on behalf of the Trustee, no later than 5:00 p.m. on January 27, 2021 (the "***Objection Deadline***"). In making this certification, the undersigned has reviewed the docket of this case and is filing

this Certificate of No Objection not less than forty-eight (48) hours after the expiration of the Objection Deadline.

The Trustee respectfully requests that an Order granting the Motion be entered without further pleading or hearing and has emailed to Chambers.

Dated: New York, New York  
       February 2, 2021

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By: */s/ Leslie S. Barr*  
Leslie S. Barr (lbarr@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215