**Cancelled Hearing: February 3, 2021 at 10:00 a.m.**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| | : | |
| THE D&M CAPITAL GROUP, LLC | : | Case No. 19-11711-scc |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING ON TRUSTEE'S MOTION (DOC. 163) FOR ORDER AUTHORIZING TRUSTEE TO SELL AT ONLINE PUBLIC AUCTION PERSONAL PROPERTY, CONSISTING OF JEWELRY AND PRECIOUS GEMS, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE**, that upon the filing by the Trustee of a *Certificate of No Objection Pursuant to Local Bankruptcy Rule 9075-2 Regarding Docket No. 163* (Doc. 172), the hearing to consider the Motion dated December 29, 2020 (Doc. 163) of Alan Nisselson ("***Trustee***"), Trustee for the above-captioned chapter 7 Debtor, for an order (a) authorizing the Trustee to sell at an online public auction personal property of the Estate, consisting of jewelry and precious gems listed on Exhibit "B" to the Motion ("***Jewelry***"), (b) approving proposed consent procedures for co-owners of the Jewelry, (c) approving proposed Terms and Conditions of Sale for the Jewelry, attached to the Motion as Exhibit "C", (d) authorizing the payment of a break-up fee and overbid protection for potential qualified 'stalking horse' bidders, (e) setting dates for the online public auction and sale approval hearing, and approving the form and manner

{11891534:1}

of notice, and (f) granting other related relief, scheduled to be heard before The Honorable Shelley C. Chapman, United States Bankruptcy Judge, on February 3, 2021 at 10:00 a.m., prevailing Eastern time, is cancelled.

| | |
|---|---|
| Dated: New York, New York<br>February 2, 2021 | WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Alan Nisselson, Chapter 7 Trustee* |
| | By:    */s/ Leslie S. Barr*<br>Leslie S. Barr (lbarr@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Tel. (212) 237-1000 / Fax. (212) 262-1215 |