**Adjourned Hearing Date and Time: March 10, 2021 at 11:00 a.m.**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| | : | |
| THE D&M CAPITAL GROUP, LLC | : | Case No. 19-11711-scc |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF RADWAN DIAMOND & JEWELLERY TRADING TO LIFT THE AUTOMATIC STAY OR FOR RECOUPMENT

**PLEASE TAKE NOTICE** that:

1. The hearing to consider the *Motion to Lift the Automatic Stay to Allow Setoff of Mutual Prepetition Debts or Alternatively for Recoupment* (Doc.106) ("***Motion***") filed by Radwan Diamond & Jewellery Trading ("***Radwan***"), scheduled to be heard before The Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her Courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "***Court***"), on February 17, 2021 at 11:00 a.m., prevailing Eastern time, **is adjourned to March 10, 2021 at 11:00 a.m., prevailing Eastern time** (the "***Hearing***").

2. The Hearing will be conducted telephonically pursuant to General Order M-543 of the Bankruptcy Court, and Bankruptcy Judge Chapman's Chambers Rules, both of which may be found on the Bankruptcy Court's website at www.nysb.uscourts.gov (the "***Court's Website***").

{11892507:1}

Parties wishing to participate in the Hearing telephonically must register with Court Solutions. Information on how to register with Court Solutions can be found in General Order M-543 and on the Court Solutions website at https://www.court-solutions.com/.

3. The Motion with exhibits is available for viewing on the Internet through the Court's Website (www.nysb.uscourts.gov), or upon request to the undersigned or the Clerk of the Court. A Pacer password is required to access documents on the Court's Website.

4. The Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: New York, New York  
       February 4, 2021

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By: */s/ Leslie S. Barr*  
Leslie S. Barr (lbarr@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215