WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorneys Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                            :
                                                 :       Chapter 7
THE D&M CAPITAL GROUP, LLC,   :
                                                 :       Case No. 19-11711-scc
                        Debtor.              :
                                                 :
------------------------------------------------------------ x

## NOTICE OF ENTRY OF STIPULATION AND ORDER: (A) AUTHORIZING TRUSTEE TO REJECT DEBTOR'S UNEXPIRED PREPETITION NONRESIDENTIAL REAL PROPERTY SUBLEASE; (B) FIXING DEADLINE FOR FILING REJECTION DAMAGES CLAIMS; AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on February 16, 2021, the Court entered the attached *Stipulation and Order: (A) Authorizing Trustee to Reject Debtor's Unexpired Prepetition Nonresidential Real Property Sublease; (B) Fixing Deadline For Filing Rejection Damages Claims; and (C) Granting Related Relief* (CM/ECF Doc. No. 180).

**PLEASE TAKE FURTHER NOTICE** that any proofs of claim for damages arising from the rejection of the Sublease must be filed within sixty (60) days of the entry of the Stipulation and Order, and any claims resulting from the rejection of the Sublease or requests not so filed shall be forever barred from participating in the Debtor's chapter 7 case and receiving any dividend or distribution thereon.

Dated:  New York, New York          WINDELS MARX LANE & MITTENDORF, LLP
           February 16, 2021                    *Attorneys for Alan Nisselson, Chapter 7 Trustee*

                                                  By:    */s/ Leslie S. Barr*_____
                                                            Leslie S. Barr (lbarr@windelsmarx.com)
                                                            156 West 56th Street
                                                            New York, New York 10019
                                                            Tel. (212) 237-1000 / Fax. (212) 262-1215

{11895387:1}