UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x    Chapter 7 (Previous 11)
In re:                                                              Case No. 19-11711 (SCC)

The D&M Capital Group, LLC,

Debtor.
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION

Essex Global Trading, LLC ("Essex"), a creditor in the above-captioned bankruptcy proceeding commenced by Debtor D&M Capital Group, LLC, hereby <u>withdraws</u> its objection [ECF Dkt. No. 139] to the Motion of Radwan Diamond & Jewellry Trading ("Radwan") to Lift the Automatic Stay to Allow Setoff of Mutual Prepetition Debt or Alternatively for Recoupment [ECF Dkt. No. 106].

Dated: New York, NY

March 3, 2021

**SAM P. ISRAEL, P.C.**

**By:**  */s/Timothy Savitsky*
Timothy Savitsky (TS6683)
Attorneys for Essex Defendants
180 Maiden Lane, 6th Floor
New York, New York 10038
T: 646-787-9880 | F: 646-787-9886