Hearing Date: March 10, 2021 at 11:00 a.m.<br>
Objection Deadline: March 3, 2021 at 5:00 p.m.

MCGRAIL & BENSINGER LLP
Ilana Volkov, Esq.
Pearl Shah, Esq.
888-C 8th Avenue #107
New York, NY 10019
Telephone: (201) 931-6910

JONES WALKER LLP
John W. Mills, Esq.
1360 Peachtree Street, Suite 1030
Atlanta, GA 30309
Telephone: (404) 870-7517

*Counsel for Global Gems, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE D&M CAPITAL GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11711 (SHL) |

**JOINDER OF GLOBAL GEMS, INC. IN OBJECTION OF ULTIMATE
DIAMOND TO TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 105(a)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) FOR
AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN
TRUSTEE AND RADWAN DIAMOND & JEWELLERY TRADING**

Global Gems, Inc. ("Global"), a creditor of the above-captioned chapter 7 estate with pre-petition claims totaling $1,900,608.80 [Claim No. 18], hereby joins in the Objection of Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co. ("Ultimate") to the Motion (the "Motion") of Alan Nisselson, Chapter 7 Trustee (the "Trustee") of the estate of The D&M Capital Group, LLC, debtor herein (the "Debtor"), for an Order approving the Trustee's Settlement Agreement with Radwan Diamond & Jewellery Trading ("Radwan"). In addition to the relief requested by Ultimate, Global requests that in the event that some or all of the gems and jewelry that are the

subject of the Motion are no longer in the possession of Radwan, that information and documentation regarding the disposition of those items, including sale prices and the identity of the buyer owner, or buyers, be reported to the Court, the Trustee, and parties in interest.

**WHEREFORE**, Global respectfully requests that the Court either deny the Motion, or adjourn the Motion until a consensually-selected independent qualified appraiser appraises the respective inventory listings so that an assessment can be made of the reasonableness of the proposed settlement; that to the extent that some or all of the gems and jewelry that are the subject of the Motion are no longer in the possession of Radwan, that information and documentation regarding the disposition of those items, including sale prices and the identity of the buyer, or buyers, be reported to the Court, the Trustee, and parties in interest; and otherwise grant such other and further relief as is just and proper.

Dated:  March 3, 2021

                                                           MCGRAIL & BENSINGER LLP

                                                           /s/ Ilana Volkov
                                                           Ilana Volkov, Esq.
                                                           Pearl Shah, Esq.
                                                           888-C 8th Avenue #107
                                                           New York, NY 10019
                                                           Tel:  (201) 931-6910
                                                           ivolkov@mcgrailbensinger.com

                                                           -and-

                                                           John W. Mills, Esq.
                                                           JONES WALKER LLP
                                                           1360 Peachtree Street, Suite 1030
                                                           Atlanta, GA  30309
                                                           Telephone:  (404) 870-7517
                                                           jmills@joneswalker.com

                                                           *Counsel for Global Gems, Inc.*