Mark M. Maloney (admitted *pro hac vice*)
Sarah L. Primrose (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
*Counsel for RADWAN DIAMOND & JEWELLERY TRADING*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| The D&M Capital Group, LLC, | : | Case No. 19-11711 (SCC) |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 10-1
## FILED BY RADWAN DIAMOND & JEWELLERY TRADING

COMES NOW, claimant Radwan Diamond & Jewellery Trading and hereby files this notice of withdrawal of proof of claim no. 10-1 filed in the above-captioned case. The claim shall be considered withdrawn with prejudice and expunged pursuant to the Court approved settlement.

Dated: March 15, 2021

                                                  **KING & SPALDING LLP**

                                                  */s/ Sarah L. Primrose*
                                                  Mark M. Maloney (admitted *pro hac vice)*
                                                  Sarah L. Primrose (admitted *pro hac vice*)
                                                  mmaloney@kslaw.com
                                                  sprimrose@kslaw.com
                                                  1180 Peachtree Street
                                                  Atlanta, Georgia 30309-3521
                                                  Telephone:  (404) 572-4600
                                                  Facsimile:  (404) 572-5100

                                                  *Counsel for Radwan Diamond & Jewellery Trading*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system, thereby causing Notice of Electronic Filing of the foregoing to be sent to the following parties:

| | |
|---|---|
| Aurora Cassirer<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>aurora.cassirer@troutman.com | *Trustee*<br>Windels Marx Lane & Mittendorf, LLP<br>Attn: Alan Nisselson and Leslie S. Barr<br>156 West 56th Street<br>New York, NY 10019 |
| Alissa K. Piccione<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>10022<br>New York, NY 10022<br>alissa.piccione@troutman.com | *Office of The United States Trustee*<br>Attn: Richard Morrissey<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Robert Leslie Rattet<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>rlr@dhclegal.com | Sam P. Israel<br>Sam P. Israel, P.C.<br>180 Maiden Lane, 6th Floor<br>New York, NY 10038<br>admin@spi-pc.com |
| Teresa Sadutto-Carley<br>Platzer, Swergold, Levine,<br>Goldberg, Katz & Jaslow, LLP<br>475 Park Avenue South<br>18th Floor<br>New York, NY 10016<br>tsadutto@platzerlaw.com | Tracy L. Klestadt<br>Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036-7203<br>tklestadt@klestadt.com |
| Eric S. Medina, Esq.<br>Medina Law Firm LLC<br>641 Lexington Avenue<br>Thirteenth Floor<br>New York, NY 10022<br>emedina@medinafirm.com | Brett D. Goodman<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>brett.goodman@troutman.com |

| | |
|---|---|
| Ian R. Winters<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>iwinters@klestadt.com | |

/s/ Sarah L. Primrose
Sarah L. Primrose (admitted *pro hac vice*)
sprimrose@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Counsel for Radwan Diamond & Jewellery Trading*