| | |
|---|---|
| WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Alan Nisselson, Chapter 7 Trustee*<br>156 West 56th Street<br>New York, New York 10019<br>Tel. (212) 237-1000 / Fax. (212) 262-1215<br>Attorneys appearing:  Leslie S. Barr (lbarr@windelsmarx.com) | Hearing Date: March 23, 2021 at 11:00 a.m.<br>Objections Due: March 16, 2021 at 5:00 p.m.<br>Related Dkt. No. 178 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE D&M CAPITAL GROUP, LLC,<br><br>                                                        Debtor. | Chapter 7<br><br>Case No. 19-11711-scc |

### CERTIFICATE OF NO OBJECTION PURSUANT TO LOCAL BANKRUPTCY RULE 9075-2 REGARDING DOCKET NO. 178

Pursuant to Local Bankruptcy Rule 9075-2, the undersigned hereby certifies that as of this date, no objection, responsive pleading, or request for a hearing regarding the *Notice of Trustee's Motion* and *Trustee's Motion for Order (A) Approving an Asset Purchase Agreement to Sell Debtor's Interest in a Certain Piece of Jewelry to P.T. Palora Industries Ltd., Free and Clear of All Liens, Claims, Interests, and Encumbrances, and Subject to Higher or Better Offers, and (B) Granting Other Related Relief* (Dkt. No. 178) (the "***Motion***"), filed and served on February 12, 2021, with a hearing date and time of March 23, 2021 at 11:00 a.m. (the "***Hearing***"), has been filed or received by the undersigned.

Pursuant to the Motion, objections were to be filed and served on the undersigned, on behalf of the Trustee, no later than 5:00 p.m. on March 16, 2021 (the "***Objection Deadline***").  In making this certification, the undersigned has reviewed the docket of this case and is filing this Certificate of No Objection not less than forty-eight (48) hours after the expiration of the Objection Deadline.

{11905421:1}

The Trustee respectfully requests that an Order granting the Motion be entered without further pleading or hearing, which was emailed to Chambers. Pursuant to the Court's direction, the Hearing will be cancelled and marked off its calendar.

Dated: New York, New York
March 17, 2021

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By: */s/ Leslie S. Barr*
Leslie S. Barr (lbarr@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215