**Presentment date and time: June 17, 2021 at 12:00 p.m. (Eastern Time)**
**Deadline for objections: June 10, 2021 at 5:00 p.m. (Eastern Time)**
**Hearing Date for Objections: July 7, 2021 at 10:00 a.m. (Eastern Time)**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE D&M CAPITAL GROUP, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11711-scc |

**NOTICE OF PRESENTMENT OF ORDER GRANTING APPLICATION OF MALTZ AUCTIONS, INC., d/b/a MALTZ AUCTIONS, AS THE TRUSTEE'S AUCTIONEER, PURSUANT TO 11 U.S.C. § 331 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(a) FOR INTERIM ALLOWANCE AND PAYMENT OF COMMISSIONS AND REIMBURSEMENT OF EXPENSES FOR THE AUCTION SALE OF THE DEBTOR'S INVENTORY**

**PLEASE TAKE NOTICE** that on **June 17, 2021 at 12:00 p.m., prevailing Eastern time**, the attached proposed Order pursuant to 11 U.S.C. § 331 granting the Application of Maltz Auctions, Inc., d/b/a Maltz Auctions ("***Maltz***"), as auctioneer for Alan Nisselson, Trustee for the above-captioned Debtor's estate, and awarding to Maltz an interim allowance and payment of commissions totaling $18,295.00 and reimbursement of expenses totaling $27,355.59 for services in connection with the auction sale of the Debtor's inventory of jewelry, will be presented for signature to The Honorable Shelley C. Chapman, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Application (together with the Auctioneer's Report of Public Auction Sale) is available for viewing on the Court's official website: www.nysb.uscourts.gov (the "***Court's Website***"), or upon request to the undersigned or

{11927177:2}

the Clerk of the Court.  Please note a Pacer password is required to view documents on the Court's Website.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application or proposed Order must be in writing, conform to the Bankruptcy Code, the Bankruptcy Rules, and the Court's Local Rules, be electronically filed with the Bankruptcy Court in accordance with General Order No. M-399, which, along with the User's Manual for the Electronic Case Filing System, can be found at the Court's Website, and be served so as to be **received by no later than June 10, 2021 at 5:00 p.m. prevailing Eastern time** (the "*Objection Deadline*") by: (i) the Bankruptcy Judge (a hard copy clearly marked "Chambers Copy" must be delivered to the Court to the attention of Chambers of The Honorable Shelley C. Chapman), (ii) undersigned counsel for the Trustee, Windels Marx, and (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Greg Zipes, Esq. (email: Greg.Zipes@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE**, that Unless a written objection to the Application or proposed Order, with proof of service, is timely filed and served, and a courtesy copy is delivered to the Bankruptcy Judge's Chambers at least seven days before the date of presentment, there will not be a hearing and the proposed Order may be approved and signed.  If a written objection is timely filed and served, a hearing will be held before The Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her Courtroom 623 at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on **July 7, 2021 at 10:00 a.m., prevailing Eastern time** (the "*Hearing*"), or as soon thereafter as counsel may be heard.  Parties who file objections are required to appear at the Hearing in person or by counsel.  Such Hearing may be adjourned without notice other than by

announcement in Court.

**PLEASE TAKE FURTHER NOTICE**, that **the Hearing will be conducted telephonically** pursuant to General Order M-543 of the Bankruptcy Court, and Bankruptcy Judge Chapman's Chambers Rules, which may be found on the Court's Website (www.nysb.uscourts.gov).  Parties wishing to participate in the Hearing telephonically must register with Court Solutions.  Information on how to register with Court Solutions can be found in General Order M-543.

Dated:  New York, New York    WINDELS MARX LANE & MITTENDORF, LLP
        May 21, 2021    *Attorneys for Alan Nisselson, Chapter 7 Trustee*

        By:    */s/ Leslie S. Barr*
           Leslie S. Barr (lbarr@windelsmarx.ccom)
           156 West 56th Street
           New York, New York 10019
           Tel. (212) 237-1000 / Fax. (212) 262-1215