WINDELS MARX LANE & MITTENDORF, LLP          **Status Conference: March 8, 2022 at 10:00 a.m.**
*Attorneys for Alan Nisselson, Chapter 7 Trustee*          **Hearing on Motion: To Be Determined**
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorney Appearing:   Leslie S. Barr (lbarr@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re

THE D&M CAPITAL GROUP, LLC,                                     Chapter 7

                                                                Case No. 19-11711-scc
                        Debtor.
--------------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE AND ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that:

1. The Court will hold a status conference (the "***Status Conference***") on the Trustee's Motion for an Order Approving Settlement Agreement between the Trustee and S.B. Diamond Corp. (Doc. No. 222) (the "***Motion***") in the above captioned case on **March 8, 2022 at 10:00 a.m.**  The Court will not hear argument on the Motion at the Status Conference.

2. The hearing on the Motion is adjourned to a date to be determined.

3. The Status Conference will be conducted telephonically pursuant to General Order M-543 of the Bankruptcy Court and Bankruptcy Judge Shelley C. Chapman's Chambers Rules, both of which may be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.  Parties wishing to participate in the Status Conference telephonically must register with Court Solutions.  Information on how to register with Court Solutions can be found in General Order M-543 and on the Court Solutions website at https://www.court-solutions.com/.

Dated:  New York, New York            WINDELS MARX LANE & MITTENDORF, LLP
        February 28, 2022            *Attorneys for Alan Nisselson, Chapter 7 Trustee*

        By:    */s/ Leslie S. Barr*
           Leslie S. Barr (lbarr@windelsmarx.com)
           156 West 56th Street
           New York, New York 10019
           Tel. (212) 237-1000 / Fax. (212) 262-1215

{12015974:1}