**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: THE D&M CAPITAL GROUP, LLC | § Case No. 19-11711-JPM |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on May 28, 2019. The case was converted to one under Chapter 7 on August 11, 2020. The undersigned trustee was appointed on August 11, 2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         1,432,235.25

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 73,839.66 |
   | Bank service fees | 10,970.94 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 131,376.14 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 1,216,048.51 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/14/2020 and the deadline for filing governmental claims was 02/07/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,658.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $26,658.45, for a total compensation of $26,658.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.00, for total expenses of $36.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/01/2022            By: /s/Alan Nisselson, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11711-JPM  
**Case Name:** THE D&M CAPITAL GROUP, LLC  

**Period Ending:** 09/01/22

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 08/11/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 12/14/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Wells Fargo Checking Account | 1,336.20 | 1,336.20 | | 0.00 | FA |
| 2  Security deposit Sublandlord Ultimate Diamond Sublease rejected per Stipulation and Order dated 2/16/2021 (Dkt. No. 180) | 28,959.00 | 28,959.00 | | 0.00 | FA |
| 3  Prepaid Expenses | 41,326.00 | 41,326.00 | | 0.00 | FA |
| 4  Accounts Receivable 90 days or less | 8,035,563.95 | 8,035,563.95 | | 0.00 | FA |
| 5  Finished Goods  Sale of JR0248, a sapphire, amethyst, and diamond ring by JAR with a center stone 12.2cts oval blue for $90,000.00 Authorized by Order dated 3/19/2021 (Doc. No. 199) (Palorra Actully Paid $89,980.00)  Gross proceeds of $536,850.00 for Items sold are detailed in Trustee's Report and Request for Order Approving and Confirming Trustee's Online Public Auction of Personal Property, Consisting of Jewelry and Precious Gems and Other Items of Personal Property filed on 5/7/2021 (Dkt. No. 208). | 5,874,738.00 | 587,473.00 | | 626,830.00 | FA |
| 6  Various equipment at book value  3 Cannon EOS cameras, Leica S6E Microscope, Mettler Toledo Jewelry Scale and Macbeth Lighting Photo Light Box Sold at Auction Conducted by Maltz Auctions on 5/5/2021.  Items sold are detailed in Trustee's Report and Request for Order Approving and Confirming Trustee's Online Public Auction of Personal Property, Consisting of Jewelry and Precious Gems and Other Items of Personal Property filed on 5/7/2021 (Dkt. No. 208).  Megasafe Treasury Millennium safe, furniture, televisions, kitchen equipment, and office equipment and supplies abandoned per Notice of Abandonment dated 9/25/2020. (Dkt. No. 125). | 51,546.00 | 51,546.00 | OA | 2,900.00 | FA |
| 7  Claims Against Essex Trading  Debtor commenced Adv. Pro. No. 19-01300-scc to | Unknown | 350,000.00 | | 350,000.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11711-JPM  
**Case Name:** THE D&M CAPITAL GROUP, LLC  

**Period Ending:** 09/01/22

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 08/11/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 12/14/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| recover amounts due for goods sold, preferential transfer and turnover of estate property.  Trustee and Essex and Aleks Paul entered into settlement agreement dated 3/1/2021 pursuant to which Essex would pay Estate a total of $350,000.00 in 4 installments as follows: $200,000.00 upon the Effective Date, $50,000.00 30 days from the Effective Date, $50,000.00 60 days from the  Effective Date and $50,000.00 90 days from the Effective Date.<br><br>Essex Settlement approved by Order dated 6/8/2022 entered in Adv. Pro. The D&M Capital Group v. Essex Trading, No. 19-01300-scc (Dkt. No. 124) | | | | | |
| 8  DIP Funds  (u) | 0.00 | 1,411.98 | | 1,411.98 | FA |
| 9  Miscellaneous Refunds  (u)<br>    Health Insurance Refund | 0.00 | 1,093.27 | | 1,093.27 | FA |
| 10  Nisselson v. S.B. Diamond Corp.  (u)<br>    Nisselson v. S.B. Diamond Corp.  Adv. Pro. No. 20-01366-scc<br>Settlement Approved by Order dated 6/8/2022 (Dkt. No. 231).<br>Pursuant to Settlement Claim No. 5, filed in excess of $6.4 Million  was withdrawn.  Settlement Agreement dated 12/10/2021 between the Trustee and SB Diamond (See Motion, Dkt. No, 222) approved by Order dated  6/8/2022 (Dkt. No.  231).  WIthdrawal filed 6/23/2022 (Dkt. No. 233)<br>Trustee sought return of certain Jewelry Items:<br>Necklace SBD Memo #5373 6/15/20 $45,000.00 D&M and SBD each own 50% DM2958<br>Loose diamond SBD* Memo #4797 10/3/17 $200,000.00 D&M and Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co. ("Ultimate") each owned 25%; SBD owned 50%<br>JE0155 Earrings SBD Memo #4551 12/29/16 $2,000.00 D&M and SBD each owned 50%<br>JR0264 Ring SBD $1,500.00 D&M, SBD and Radwan | Unknown | 74,000.00 | | 0.00 | FA |

Printed: 09/01/2022 12:07 PM    V.20.45

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 19-11711-JPM  
**Case Name:** THE D&M CAPITAL GROUP, LLC  

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 08/11/20 (c)  
**§341(a) Meeting Date:** 09/10/20  

**Period Ending:** 09/01/22  
**Claims Bar Date:** 12/14/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Diamond & Jewelry Trading each owned 33.33% | | | | | |
| 11 | Lloyd's London  Insurance Settlement  (u)<br>  Insurance settlement approved by Order dated 6/8/2022 entered in Adv. Pro. No. 19-01300-scc (the D&M Group v. Essex Trading, Alex Paul, and Radwan, Ultimate Diamond, et al.  Adv. Pro. Dkt. No.  124) | 0.00 | 450,000.00 | | 450,000.00 | FA |
| 11 | **Assets**   **Totals** (Excluding unknown values) | **$14,033,469.15** | **$9,622,709.40** | | **$1,432,235.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2024      **Current Projected Date Of Final Report (TFR):**     September 1, 2022  (Actual)

Printed: 09/01/2022 12:07 PM     V.20.45

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 19-11711-JPM | | Trustee: | Alan Nisselson, Trustee (521090) |
|---|---|---|---|---|
| Case Name: | THE D&M CAPITAL GROUP, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******6950 - Checking Account |
| Taxpayer ID #: | **-***5928 | | Blanket Bond: | $73,318,747.00  (per case limit) |
| Period Ending: | 09/01/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/20 | {8} | The D M Capital Group | Turnover from Debtor of Bank Balance | 1290-010 | 255.87 | | 255.87 |
| 09/11/20 | {9} | United Healthcare Sys Inc. | Refund | 1229-000 | 1,093.27 | | 1,349.14 |
| 09/24/20 | | Gemcut SA | Deposit for Jewelry | 1129-000 | 195,000.00 | | 196,349.14 |
| 09/25/20 | | To Account #******3213 | Deposit from Gemcut SA | 9999-000 | | 195,000.00 | 1,349.14 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 42.72 | 1,306.42 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,301.42 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,296.42 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,291.42 |
| 01/05/21 | {8} | Wells Fargo | Foreign Exchange Transactions Fees Refund | 1290-010 | 1,156.11 | | 2,447.53 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,442.53 |
| 02/12/21 | {5} | Charles Leon Fink | Palora Good Faith Deposit for Palora's purchase of Debtor's 50% interest in a piece of jewelry held by Palora | 1129-000 | 17,980.00 | | 20,422.53 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 246.29 | 20,176.24 |
| 03/01/21 | | To Account #******3213 | Leon Fink/Palora Good Faith Deposit | 9999-000 | | 17,980.00 | 2,196.24 |
| 03/23/21 | {5} | Carmen Investments LLC | Sale of JR0248, a sapphire, amethyst, and diamond ring by JAR with a center stone 12.2cts oval blue Authorized by Order dated 3/19/2021 (Doc. No. 199) | 1129-000 | 72,000.00 | | 74,196.24 |
| 04/06/21 | | From Account #******3213 | LeonFink/Palora Good Faith | 9999-000 | 17,980.00 | | 92,176.24 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 141.96 | 92,034.28 |
| 06/03/21 | 101 | Stretto | Invoice 1832 | 2990-800 | | 5,635.00 | 86,399.28 |
| 06/18/21 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2021 FOR CASE #19-11711, Bond # 016030120; Term 6/19/21 to 6/19/22 | 2300-000 | | 170.68 | 86,228.60 |
| 06/24/21 | | From Account #******3213 | Transfer of Sale Proceeds | 9999-000 | 539,750.00 | | 625,978.60 |
| 06/24/21 | 103 | Maltz Auctions, Inc. | Auctioneer's Expenses approved by Order dated 6/23/2021 (Dkt. No. 218). | 3620-000 | | 27,355.59 | 598,623.01 |
| 06/24/21 | 104 | Maltz Auctions, Inc. | Auctioneer's Fees approved by Order dated 6/23/2021 (Dkt. No. 218). | 3610-000 | | 18,295.00 | 580,328.01 |
| 06/24/21 | 105 | Shanghai Pearls & Gems, Inc. | Non Estate Funds Share of items sold at auction payment authorized by Orders dated 2/22/2021 and 5/10/2021 (Dkt. Nos. 174 and 209) | 8500-002 | | 109,581.71 | 470,746.30 |
| 06/24/21 | 106 | Gemcut, S.A. | Non Estate Funds Share of items sold at auction payment authorized by Orders dated 2/22/2021 and 5/10/2021 (Dkt. Nos. 174 and | 8500-002 | | 16,668.07 | 454,078.23 |

Subtotals :   $845,215.25   $391,137.02

{} Asset reference(s)

Printed: 09/01/2022 12:07 PM   V.20.45

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-11711-JPM | | Trustee: | Alan Nisselson, Trustee (521090) |
|---|---|---|---|---|
| Case Name: | THE D&M CAPITAL GROUP, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******6950 - Checking Account |
| Taxpayer ID #: | **-***5928 | | Blanket Bond: | $73,318,747.00  (per case limit) |
| Period Ending: | 09/01/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/24/21 | 107 | Mega Rich | Non Estate Funds Share of items sold at auction payment authorized by Orders dated 2/22/2021 and 5/10/2021 (Dkt. Nos. 174 and 209) | 8500-002 | | 5,126.36 | 448,951.87 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 333.14 | 448,618.73 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 821.36 | 447,797.37 |
| 08/06/21 | 108 | Integrated Pension Design, Inc. | Plan Termination Fee Cost for terminating 401(k) Plan approved by Order dated 7/7/2021 (Dkt. No. 221) | 2990-000 | | 1,950.00 | 445,847.37 |
| 08/06/21 | 109 | Integrated Pension Design, Inc. | Cost for terminating 401(k) Plan approved by Order dated 7/7/2021 (Dkt. No. 221) Invoice No. 12875; 2020 PYE Annual Administration | 2990-000 | | 2,750.00 | 443,097.37 |
| 08/06/21 | 110 | Integrated Pension Design, Inc. | Cost for terminating 401(k) Plan approved by Order dated 7/7/2021 (Dkt. No. 221) Invoice No. 12876; 2021 PYE Annual Administration | 2990-000 | | 2,250.00 | 440,847.37 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 759.97 | 440,087.40 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 705.34 | 439,382.06 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 680.74 | 438,701.32 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 749.99 | 437,951.33 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 725.31 | 437,226.02 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 677.39 | 436,548.63 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 653.09 | 435,895.54 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 768.55 | 435,126.99 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 674.14 | 434,452.85 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 673.10 | 433,779.75 |
| 06/14/22 | 111 | Safe and Sound | Invoice 1322; Storage | 2420-000 | | 7,875.31 | 425,904.44 |
| 06/24/22 | {11} | Lloyd's of London | Insurance settlement approved by Order dated 6/8/2022 entered in Adv. Pro. No. 19-01300-scc (the D&M Group v. Essex Trading, Alex Paul, and Radwan, Ultimate Diamond, et al. (Adv. Pro. Dkt. No. 124) | 1229-000 | 450,000.00 | | 875,904.44 |
| 06/24/22 | | To Account #******3213 | Payment to International Sureties for Bond | 9999-000 | | 270.58 | 875,633.86 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 905.23 | 874,728.63 |
| 07/21/22 | {7} | Essex Global Trading Inc. | Essex Settlement approved by Order dated 6/8/2022 entered in Adv. Pro. The D&M Capital Group v. Essex Trading, No. 19-01300-scc (Dkt. No. 124) | 1129-000 | 100,000.00 | | 974,728.63 |

Subtotals :      $550,000.00      $29,349.60

{} Asset reference(s)                                                Printed: 09/01/2022 12:07 PM     V.20.45

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 19-11711-JPM  
**Case Name:** THE D&M CAPITAL GROUP, LLC  

**Taxpayer ID #:** **-***5928  
**Period Ending:** 09/01/22  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******6950 - Checking Account  
**Blanket Bond:** $73,318,747.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,392.62 | 973,336.01 |
| 08/22/22 | 112 | Maltz Auctions, Inc. | Reimbursement of storage costs authorized by Order dated 4/1/2021 (Dkt. No. 204) | 2420-000 | | 7,287.50 | 966,048.51 |
| 08/24/22 | | From Account #******3213 | Transfer of Deposit Account | 9999-000 | 250,000.00 | | 1,216,048.51 |
| | | | ACCOUNT TOTALS | | 1,645,215.25 | 429,166.74 | $1,216,048.51 |
| | | | Less: Bank Transfers | | 807,730.00 | 213,250.58 | |
| | | | **Subtotal** | | **837,485.25** | **215,916.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$837,485.25** | **$215,916.16** | |

{} Asset reference(s)

Printed: 09/01/2022 12:07 PM    V.20.45

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 19-11711-JPM | | Trustee: | Alan Nisselson, Trustee (521090) |
|---|---|---|---|---|
| Case Name: | THE D&M CAPITAL GROUP, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******3213 - Deposit Account |
| Taxpayer ID #: | **-***5928 | | Blanket Bond: | $73,318,747.00  (per case limit) |
| Period Ending: | 09/01/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/25/20 | | From Account #******6950 | Deposit from Gemcut SA | 9999-000 | 195,000.00 | | 195,000.00 |
| 02/08/21 | 101 | Gemcut, SA | Return of deposit Stopped on 02/23/21 | 1129-005 | -195,000.00 | | 0.00 |
| 02/23/21 | 101 | Gemcut, SA | Return of deposit Stopped: check issued on 02/08/21 | 1129-005 | 195,000.00 | | 195,000.00 |
| 02/23/21 | | Leo Fox Iola Attorney Escrow Account | Return of Deposit to Gemcut SA | 1129-000 | -195,000.00 | | 0.00 |
| 03/01/21 | | From Account #******6950 | Leon Fink/Palora Good Faith Deposit | 9999-000 | 17,980.00 | | 17,980.00 |
| 03/03/21 | {7} | Essex Global Trading, Inc. | Essex Settlement approved by Order dated 6/8/2022 entered in Adv. Pro. The D&M Capital Group v. Essex Trading, No. 19-01300-scc (Dkt. No. 124) | 1129-000 | 200,000.00 | | 217,980.00 |
| 03/25/21 | {7} | Essex Global Trading Inc. | Essex Settlement approved by Order dated 6/8/2022 entered in Adv. Pro. The D&M Capital Group v. Essex Trading, No. 19-01300-scc (Dkt. No. 124) | 1129-000 | 50,000.00 | | 267,980.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 381.54 | 267,598.46 |
| 04/06/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -381.54 | 267,980.00 |
| 04/06/21 | | To Account #******6950 | LeonFink/Palora Good Faith | 9999-000 | | 17,980.00 | 250,000.00 |
| 05/19/21 | | Maltz Auctions | Gross Sale Proceeds of Auction | | 539,750.00 | | 789,750.00 |
| | {6} | | Equipment sold at Auction            2,900.00 | 1129-000 | | | 789,750.00 |
| | {5} | | Jewelry, gems and        536,850.00 fittings sold at Auction on 5/5/2021 (See Report of Sale Dkt. No. 208) | 1129-000 | | | 789,750.00 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 249.17 | 789,500.83 |
| 06/24/21 | | To Account #******6950 | Transfer of Sale Proceeds | 9999-000 | | 539,750.00 | 249,750.83 |
| 06/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -249.17 | 250,000.00 |
| 06/23/22 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/23/2022 FOR CASE #19-11711, Bond # 016030120; 6/19/2022 to 6/19/2023 | 2300-000 | | 270.58 | 249,729.42 |
| 06/24/22 | | From Account #******6950 | Payment to International Sureties for Bond | 9999-000 | 270.58 | | 250,000.00 |
| 08/24/22 | | To Account #******6950 | Transfer of Deposit Account | 9999-000 | | 250,000.00 | 0.00 |

Subtotals :    $808,000.58    $808,000.58

{} Asset reference(s)

Printed: 09/01/2022 12:07 PM    V.20.45

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 19-11711-JPM | Trustee: | Alan Nisselson, Trustee (521090) |
|---|---|---|---|
| Case Name: | THE D&M CAPITAL GROUP, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******3213 - Deposit Account |
| Taxpayer ID #: | **-***5928 | Blanket Bond: | $73,318,747.00 (per case limit) |
| Period Ending: | 09/01/22 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 808,000.58 | 808,000.58 | $0.00 |
| | | | Less: Bank Transfers | | 213,250.58 | 807,730.00 | |
| | | | Subtotal | | 594,750.00 | 270.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $594,750.00 | $270.58 | |

| | |
|---|---|
| Net Receipts : | 1,432,235.25 |
| Less Other Noncompensable Items : | 131,376.14 |
| Net Estate : | $1,300,859.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6950 | 837,485.25 | 215,916.16 | 1,216,048.51 |
| Checking # ******3213 | 594,750.00 | 270.58 | 0.00 |
| | $1,432,235.25 | $216,186.74 | $1,216,048.51 |

{} Asset reference(s)   Printed: 09/01/2022 12:07 PM   V.20.45

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2020

**Case Number:** 19-11711-JPM  
**Debtor Name:** THE D&M CAPITAL GROUP, LLC

Page: 1

**Date:** September 1, 2022  
**Time:** 12:07:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Alan Nisselson, Trustee<br>156 West 56th Street<br>New York, NY 10019 | Admin Ch. 7 | | $26,658.45 | $0.00 | 26,658.45 |
| 200 | Alan Nisselson, Trustee<br>156 West 56th Street<br>New York, NY 10019 | Admin Ch. 7 | | $36.00 | $0.00 | 36.00 |
| 200 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th St.<br>New York, NY 10019 | Admin Ch. 7 | | $764,882.83 | $0.00 | 764,882.83 |
| 200 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th St.<br>New York, NY 10019 | Admin Ch. 7 | | $6,084.55 | $0.00 | 6,084.55 |
| 200 | Joseph A. Broderick, P.C.<br>734 Walt Whitman Road<br>Suite 204<br>Melville, NY 11747 | Admin Ch. 7 | | $2,337.27 | $0.00 | 2,337.27 |
| 200 | Maltz Auctions, Inc.<br>39 Windsor Place<br>Central Islip, NY 11722 | Admin Ch. 7 | Payment of interim fees authorized by Order dated 6/23/2021 (Dkt. No. 218). | $18,295.00 | $18,295.00 | 0.00 |
| 200 | Maltz Auctions, Inc.<br>39 Windsor Place<br>Central Islip, NY 11722 | Admin Ch. 7 | Payment of interim expenses authorized by Order dated 6/23/2021 (Dkt. No. 218). | $27,355.59 | $27,355.59 | 0.00 |
| 15<br>200 | U.S. Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Admin Ch. 7 | Unpaid Chapter 11 Quarterly Fees | $9,750.00 | $0.00 | 9,750.00 |
| 22 -2<br>200 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | Admin Ch. 7 | Estimated Sales Tax for periods ending 11/30/2020 and 2/28/2021 | $200.00 | $0.00 | 200.00 |
| 300 | Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022 | Admin Ch. 11 | Final Fees allowed pursuant to Order dated 9/24/2020 (Do. No. 122). Prior to the Conversion Date, Troutman was paid $250,000.00 toward its allowed fees and expenses. Troutman agreed to accept an additional $75,000.00 as a final payment. | $75,000.00 | $0.00 | 75,000.00 |
| 300 | Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022 | Admin Ch. 11 | Final expenses allowed pursuant to Order dated 9/24/2020 (Do. No. 122). Prior to the Conversion Date, Troutman was paid $250,000.00 toward its allowed fees and expenses. Troutman agreed to accept an additional $75,000.00 as a final payment. | $0.00 | $0.00 | 0.00 |
| 14<br>300 | Rattet, PLLC<br>202 Mamaroneck Ave.<br>3rd Floor<br>White Plains, NY 10601 | Admin Ch. 11 | Chapter 11 Professional Fees as attorneys for Debtor. On 11/15/2019 Rattet filed an application for final allowance of fees in the amount of $58,710.00 and $2,685.30 in expenses. By Order dated 12/12/2019, the Court awarded an interim allowance of | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2020

**Case Number:** 19-11711-JPM
**Debtor Name:** THE D&M CAPITAL GROUP, LLC

Page: 2

**Date:** September 1, 2022
**Time:** 12:07:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | fees of $27,500.00, which were paid from the Per-Petition Retainer. (Dkt. No. 72). Rattet entered into an agreement with the Trustee per which Rattet agreed to accept the payment from the pre-Petition Date Retainer of $27,500.00 as payment in full and not seek further payment of fees or expenses. | | | |
| 19 300 | Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co.,c/o Platzer, Swergold et al,475 Park Avenue South, 18 New York, NY 10016 | Admin Ch. 11 | Settlement Agreement Between Trustee and Ultimate Diamond dated 4/28/2022 provides that Ultimate shall (i) withdraw with prejudice the Ultimate Claims (Proofs of Claim 4-3, 19, and 20-2, (ii) withdraw with prejudice and without costs to any party the Radwan Appeal, (iii) withdraw with prejudice the Ultimate Settlement Objection, and (iv) waive its right to file any objection to the SB Settlement Agreement; and The Trustee, on behalf of the Estate, shall assign to Ultimate free and clear of all liens, claims and interests all of the Estate's right, title, and interest in and to the Kashmir Sapphire, the Pink Diamond, the Emerald Earrings, the Cross Pendant, and the Memoed Jewelry.<br><br>Settlement approved by Order dated 6/8/2022 (Dkt. No. 232))<br><br>Chapter 11 Administrative Expense Claim for Rent | $0.00 | $0.00 | 0.00 |
| 20P-2 505 | Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co.,c/o Platzer, Swergold et al,475 Park Avenue South, 18 New York, NY 10016 | Priority | Withdrawn pursuant to terms of Settlement between the Trustee and Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co.<br><br>Settlement Agreement Between Trustee and Ultimate Diamond dated 4/28/2022 provides that Ultimate shall (i) withdraw with prejudice the Ultimate Claims (Proofs of Claim 4-3, 19, and 20-2, (ii) withdraw with prejudice and without costs to any party the Radwan Appeal, (iii) withdraw with prejudice the Ultimate Settlement Objection, and (iv) waive its right to file any objection to the SB Settlement Agreement; and The Trustee, on behalf of the Estate, shall assign to Ultimate free and clear of all liens, claims and interests all of the Estate's right, title, and interest in and to the Kashmir Sapphire, the Pink Diamond, the Emerald Earrings, the Cross Pendant, and the Memoed Jewelry.<br><br>Settlement approved by Order dated 6/8/2022 (Dkt. No. 232))<br><br>Chapter 7 Administrative Rent Claims | $0.00 | $0.00 | 0.00 |
| 21P 570 | UOB Realty (USA) Limited Partnership 11 Broadway Ste. 615 New York, NY 10004 | Priority | Lease rejection damages; rent security deposit (creditor is overload). Asserts that amount of $1,266.65 is priority under Bankruptcy Code §507(a)(8). | $1,266.65 | $0.00 | 1,266.65 |
| 4S-3 100 | Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co.,c/o Platzer, Swergold et al,475 Park Avenue South, 18 New York, NY 10016 | Secured | Settlement Agreement Between Trustee and Ultimate Diamond dated 4/28/2022 provides that Ultimate shall (i) withdraw with prejudice the Ultimate Claims (Proofs of Claim 4-3, 19, and 20-2, (ii) withdraw with prejudice and without costs to any party | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2020

**Case Number:** 19-11711-JPM
**Debtor Name:** THE D&M CAPITAL GROUP, LLC

Page: 3

**Date:** September 1, 2022
**Time:** 12:07:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | the Radwan Appeal, (iii) withdraw with prejudice the Ultimate Settlement Objection, and (iv) waive its right to file any objection to the SB Settlement Agreement; and The Trustee, on behalf of the Estate, shall assign to Ultimate free and clear of all liens, claims and interests all of the Estate's right, title, and interest in and to the Kashmir Sapphire, the Pink Diamond, the Emerald Earrings, the Cross Pendant, and the Memoed Jewelry.<br><br>Settlement approved by Order dated 6/8/2022 (Dkt. No. 232).<br><br>Rent, Good Sold, Breach of Participation Agreement and Loan Attaches break down and invoice list | | | |
| 5<br>100 | S.B. Diamond Corp.<br>50 West 47th STreet<br>Suite 1611<br>New York, NY 10036 | Secured | Claim No. 5 was withdrawn pursuant to the terms of a Settlement Agreement dated 12/10/2021 between the Trustee and SB Diamond (See Motion, Dkt. No, 222) approved by Order dated 6/8/2022 (Dkt. No. 231). WIthdrawal filed 6/23/2022 (Dkt. No. 233).<br><br>Basis of claim is bailment, Attached Rider states claim arises from Claimant's interests in precious gemstones, to wit: its 100% ownership of a Ruby, its 50% ownership of a Diamond, and its 33% ownership interest in a Sapphire set in a ring (the "Sapphire" – and together with the Ruby and Diamond, the "Gemstones"). Each of the foregoing were delivered to the Debtor, as bailee, pursuant to a pair of "memoranda" | $0.00 | $0.00 | 0.00 |
| 10<br>100 | Radwan Diamond & Jewellery Trading<br>King & Spalding LLP : P. Ferdinands, Esq<br>1180 Peachtree St NE, S<br>Atlanta, GA 30309 | Secured | Withdrawn by Claimant. (Dkt. . No. 196), pursuant to terms of Settlement between Trustee and Radwan Diamond & Jewellery Trading approved by Order dated 3/12/2021. (Dkt. No. 195).<br>Basis of claim was a loan made by Radwan to the Debtor of $1,500,000.00, and Radwan's asserted ownership interests in certain jewels currently or previously in the possession of the Debtor. | $0.00 | $0.00 | 0.00 |
| 11<br>100 | Essex Global Trading, Inc.<br>Sam P. Israel P.C.<br>580 Fifth Avenue, 21st Fl.<br>New York, NY 10036 | Secured | Withdrawn Pursuant to Settlement Agreement between Trustee and Essex (See Motion in Adv. Pro. No. 19-01300-scc, Dkt. No. 108) Proof of claim No. 11-1, filed by Essex on 8/28/2019, is allowed and subordinated for purposes of distribution to all other allowed claims and interests, and any lien securing the subordinated claim shall be transferred to the Estate per by Order dated 6/8/2022 entered in Adv. Pro. No. 19-01300-scc (Adv. Pro. Dkt. No. 124)<br>Money Loaned and Fraud. Asserts lien against gems | $0.00 | $0.00 | 0.00 |
| 21S<br>100 | UOB Realty (USA) Limited Partnership<br>11 Broadway<br>Ste. 615<br>New York, NY 10004 | Secured | Lease rejection damages; rent security deposit (creditor is overload). Asserts lien on security deposit. | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2020

**Case Number:** 19-11711-JPM  
**Debtor Name:** THE D&M CAPITAL GROUP, LLC  

Page: 4

**Date:** September 1, 2022  
**Time:** 12:07:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 1<br>610 | State of New York, Department of Labor<br>Unemployment Insurance Division<br>Gov WA Harriman SOB, Bldg. 12, Rm. 256<br>Albany, NY 12240 | Unsecured | Actual Unemployment Contributions due for 10/1/2013-9/30/2014 | $3.83 | $0.00 | 3.83 |
| 2<br>610 | The Commerical Art Lab, LLC<br>71 West 47th Street<br>No. 701<br>New York, NY 10036 | Unsecured | Photography Services Provided on 4/4/2019 | $270.00 | $0.00 | 270.00 |
| 3<br>610 | CNA Comerrcial Insurance Company<br>PO Box 790094<br>St. Louis, MO 63179 | Unsecured | Workers Comp and Employer Liability Insurance Policies | $2,709.29 | $0.00 | 2,709.29 |
| 4U-3<br>610 | Shanghai Pearls & Gems, Inc.<br>d/b/a Ultimate Diamond Co.,c/o Platzer,<br>Swergold et al,475 Park Avenue South, 18<br>New York, NY 10016 | Unsecured | Settlement Agreement Between Trustee and Ultimate Diamond dated 4/28/2022 provides that Ultimate shall (i) withdraw with prejudice the Ultimate Claims (Proofs of Claim 4-3, 19, and 20-2, (ii) withdraw with prejudice and without costs to any party the Radwan Appeal, (iii) withdraw with prejudice the Ultimate Settlement Objection, and (iv) waive its right to file any objection to the SB Settlement Agreement; and The Trustee, on behalf of the Estate, shall assign to Ultimate free and clear of all liens, claims and interests all of the Estate's right, title, and interest in and to the Kashmir Sapphire, the Pink Diamond, the Emerald Earrings, the Cross Pendant, and the Memoed Jewelry.<br><br>Settlement approved by Order dated 6/8/2022 (Dkt. No. 232).<br><br>Rent, Good Sold, Breach of Participation Agreement and Loan<br>Attaches break down and invoice list | $0.00 | $0.00 | 0.00 |
| 7<br>610 | A1180 Peachtreet St NE<br>King & Spalding LLP, Paul K. Ferdinands<br>1180 Peachtree St .NE, Suite 1<br>Atlanta, GA 30309 | Unsecured | Entered in Error by Court See Doc. No. 10 | $0.00 | $0.00 | 0.00 |
| 8<br>610 | Mega Rich<br>c/o Leo Fox, Esq.<br>630 Third Avenue , 18th Floor<br>New York, NY 10017 | Unsecured | Partnership Agreements with the Debtor | $0.00 | $0.00 | 0.00 |
| 9<br>610 | Palawan Holdings Limited and Gemcut S.A.<br>c/o Leo Fox, Esq.<br>630 Third Avenue - 18th Floor<br>New York, NY 10017 | Unsecured | Partnership Interest | $0.00 | $0.00 | 0.00 |
| 12<br>610 | Olga Misimiskaya<br>Flat 2, House #A, Bolshoy, Predtechenski<br>Moscow, Russia, | Unsecured | Claimant's goods sold by Debtor on Claimant's behalf | $4,813,793.00 | $0.00 | 4,813,793.00 |
| 13<br>610 | Malca Amit USA, LLC<br>153-66 Rockaway Blvd.<br>Jamaica, NY 11434 | Unsecured | Attaches shipping invoices dated 4/12/2019-7/9/2019. | $2,505.06 | $0.00 | 2,505.06 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2020

**Case Number:** 19-11711-JPM
**Debtor Name:** THE D&M CAPITAL GROUP, LLC

Page: 5

**Date:** September 1, 2022
**Time:** 12:07:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16<br>610 | IT TEC Solutions<br>39 Allen Street<br>New Hyde Park, NY 11040 | Unsecured | Network Consulting Services Attaches Invoices | $20,606.85 | $0.00 | 20,606.85 |
| 17<br>610 | MID NY LLC<br>580 Fifth Avenue<br>Suite 3003<br>New York, NY 10036 | Unsecured | Goods Sold Attaches Invoices | $100,000.00 | $0.00 | 100,000.00 |
| 18<br>610 | Global Gems, Inc.<br>Taylor English Duma c/o John W. Mills<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339 | Unsecured | | $1,900,608.80 | $0.00 | 1,900,608.80 |
| 20U-2<br>610 | Shanghai Pearls & Gems, Inc.<br>d/b/a Ultimate Diamond Co.,c/o Platzer,<br>Swergold et al,475 Park Avenue South, 18<br>New York, NY 10016 | Unsecured | Withdrawn pursuant to terms of Settlement between the Trustee and Shanghai Pearls & Gems, Inc. d/b/a Ultimate Diamond Co.<br><br>Settlement Agreement Between Trustee and Ultimate Diamond dated 4/28/2022 provides that Ultimate shall (i) withdraw with prejudice the Ultimate Claims (Proofs of Claim 4-3, 19, and 20-2, (ii) withdraw with prejudice and without costs to any party the Radwan Appeal, (iii) withdraw with prejudice the Ultimate Settlement Objection, and (iv) waive its right to file any objection to the SB Settlement Agreement; and The Trustee, on behalf of the Estate, shall assign to Ultimate free and clear of all liens, claims and interests all of the Estate's right, title, and interest in and to the Kashmir Sapphire, the Pink Diamond, the Emerald Earrings, the Cross Pendant, and the Memoed Jewelry.<br><br>Settlement approved by Order dated 6/8/2022 (Dkt. No. 232))<br><br>Chapter 7 Administrative Rent Claims | $0.00 | $0.00 | 0.00 |
| 21U<br>610 | UOB Realty (USA) Limited Partnership<br>11 Broadway<br>Ste. 615<br>New York, NY 10004 | Unsecured | Lease rejection damages; | $83,436.10 | $0.00 | 83,436.10 |
| 6<br>630 | Moty Spector<br>c/o Medina Law Firm LLC<br>641 Lexington Avenue, 13th Floor<br>New York, NY 10022 | Unsecured | Claim is asserted as an equity claim on account of estimated equity value of the enterprise | $3,600,000.00 | $0.00 | 3,600,000.00 |
| << Totals >> | | | | 11,455,799.27 | 45,650.59 | 11,410,148.68 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 19-11711-JPM
Case Name: THE D&M CAPITAL GROUP, LLC
Trustee Name: Alan Nisselson, Trustee

**Balance on hand:**     $     1,216,048.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S-3 | Shanghai Pearls & Gems, Inc. | 3,339,026.97 | 0.00 | 0.00 | 0.00 |
| 5 | S.B. Diamond Corp. | 6,444,533.33 | 0.00 | 0.00 | 0.00 |
| 10 | Radwan Diamond & Jewellery Trading | 4,103,250.00 | 0.00 | 0.00 | 0.00 |
| 11 | Essex Global Trading, Inc. | 6,500,000.00 | 0.00 | 0.00 | 0.00 |
| 21S | UOB Realty (USA) Limited Partnership | 28,959.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:     $     1,216,048.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Alan Nisselson, Trustee | 26,658.45 | 0.00 | 26,658.45 |
| Trustee, Expenses - Alan Nisselson, Trustee | 36.00 | 0.00 | 36.00 |
| Attorney for Trustee, Fees - Windels Marx Lane & Mittendorf, LLP | 764,882.83 | 0.00 | 764,882.83 |
| Attorney for Trustee, Expenses - Windels Marx Lane & Mittendorf, LLP | 6,084.55 | 0.00 | 6,084.55 |
| Accountant for Trustee, Fees - Joseph A. Broderick, P.C. | 2,337.27 | 0.00 | 2,337.27 |
| Auctioneer Fees - Maltz Auctions, Inc. | 18,295.00 | 18,295.00 | 0.00 |
| Auctioneer Expenses - Maltz Auctions, Inc. | 27,355.59 | 27,355.59 | 0.00 |
| Fees, United States Trustee | 9,750.00 | 0.00 | 9,750.00 |
| Other Expenses: New York State Department of Tax & Finance | 200.00 | 0.00 | 200.00 |

Total to be paid for chapter 7 administration expenses:     $     809,949.10
Remaining balance:     $     406,099.41

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee/DIP Fees - Rattet, PLLC | 0.00 | 0.00 | 0.00 |
| Attorney for D-I-P Expenses - Troutman Pepper Hamilton Sanders LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: Shanghai Pearls & Gems, Inc. | 0.00 | 0.00 | 0.00 |
| Attorney for D-I-P Fees - Troutman Pepper Hamilton Sanders LLP | 75,000.00 | 0.00 | 75,000.00 |

Total to be paid for prior chapter administrative expenses: $ 75,000.00
Remaining balance: $ 331,099.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,266.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20P-2 | Shanghai Pearls & Gems, Inc. | 0.00 | 0.00 | 0.00 |
| 21P | UOB Realty (USA) Limited Partnership | 1,266.65 | 0.00 | 1,266.65 |

Total to be paid for priority claims: $ 1,266.65
Remaining balance: $ 329,832.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,923,932.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | State of New York, Department of Labor | 3.83 | 0.00 | 0.19 |
| 2 | The Commerical Art Lab, LLC | 270.00 | 0.00 | 12.86 |
| 3 | CNA Comerrcial Insurance Company | 2,709.29 | 0.00 | 129.06 |
| 4U-3 | Shanghai Pearls & Gems, Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 7 | A1180 Peachtreet St NE | 0.00 | 0.00 | 0.00 |
| 8 | Mega Rich | 0.00 | 0.00 | 0.00 |
| 9 | Palawan Holdings Limited and Gemcut S.A. | 0.00 | 0.00 | 0.00 |
| 12 | Olga Misimiskaya | 4,813,793.00 | 0.00 | 229,312.83 |
| 13 | Malca Amit USA, LLC | 2,505.06 | 0.00 | 119.33 |
| 16 | IT TEC Solutions | 20,606.85 | 0.00 | 981.64 |
| 17 | MID NY LLC | 100,000.00 | 0.00 | 4,763.66 |
| 18 | Global Gems, Inc. | 1,900,608.80 | 0.00 | 90,538.58 |
| 20U-2 | Shanghai Pearls & Gems, Inc. | 0.00 | 0.00 | 0.00 |
| 21U | UOB Realty (USA) Limited Partnership | 83,436.10 | 0.00 | 3,974.61 |

Total to be paid for timely general unsecured claims:    $    329,832.76
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,600,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | Moty Spector | 3,600,000.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**