

**NEW YORK STATE | Department of Taxation and Finance**

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205

DEC 12 2022

December 6, 2022

ALAN NISSELSON, TRUSTEE
WINDELS, MARX, LANE & MITTENDOR
156 WEST 56TH STREET
NEW YORK, NY  10019

Re:     The D & M Capital Group, LLC
        Case number: 19-11711

To whom it may concern,

We have received the following payments for the above referenced chapter 7 case:

| Payment Date | Payment Number | Payment Amount |
|---|---|---|
| 11-15-2022 | 119 | $200.00 |

Payments and credits previously applied to the debtor's case have reduced the New York State Department of Taxation and Finance's claim balance to zero. We are returning the payments listed above, since the debtor's claim liabilities have been fully satisfied. Please adjust your records accordingly and discontinue sending payments for the above referenced case number.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

*M Wolter*

Marla Wolter
Office Assistant III

Enclosure: 1128220528039

CC: Bankruptcy Court Clerk